**ADAM RICHARDS**LLC

90 Broad Street, 25th Floor
New York, New York 10004

t: 212 233 4400   f: 212 812 3328
e: adam@arichardslaw.com

February 16, 2012

**VIA ECF AND VIA HAND DELIVERY**
The Honorable Brian M. Cogan, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  *Close Up et al. v. Joseph Berov et al.*
>      **Civil Action No. 02-Civ.-2363**

Dear Judge Cogan:

Pursuant to Your Honor's oral Orders at the conference held in this matter on February 2, 2012, please find attached: (1) an opinion letter of Dr. Julio Brea Guzman, attorney at law, on behalf of the law firm Guzman Ariza (Exhibit A); and (2) an appraisal report of the "Tres Rios" property prepared by engineer Andres Brugal Gomez (Exhibit B). Both documents have been attached in their Spanish original together with an English translation.

We are also hand delivering a copy of the attached to Your Honor as the copy filed via ECF does not translate into color. We believe the attached complies with Your Honor's Orders made at the February 2 conference.

Respectfully submitted,

Adam Richards

# EXHIBIT A

**BRUKUN CONSTRUCTORA, S.A.**

### Appraisal Report

| | |
|---|---|
| Real Estate: | FINCA |
| | Parcel No. 99-A-Ref. |
| | Land Registry District No. 2 |
| | Title Certificate No. 87-136 |
| | Rio San Juan |
| Location: | Rio San Juan |
| | Alambre Bejuco |
| | (4 ½ km. Inland) |
| | Entrance in front of Hospital |
| Owner: | CORPORACIÓN 70201, S.A. |
| Applicant: | Guzmán Ariza |
| Date: | February 09th, 2012 |
| Prepared by: | Andrés Brugal Gómez |

Civil Engineer- Assessor

Member of the Institute of Dominican Assessors

ITADO 270

Member of the Superintendence of Banks

T-168-1801

CODIA 8210

Beller street, corner San Felipe

Plaza Arawak, Suite 2

Puerto Plata, Dominican Republic

**BRUKUN CONSTRUCTORA, S.A.**

Transmission Letter

Messrs. Guzmán Ariza

Ana Miranda

In compliance with your application for the execution of an assessment to determine de value of **LA FINCA,** located in Rio San Juan, Alambre Bejuco ( 41/2 km inland), entrance in front of the Hospital, with Parcel No. 99-A-Ref. of the Land Registry District No. 2 of Rio San Juan de Puerto Plata, I attach to this letter a report, wherein I describe my method of approach and it contains the data collected during my investigation.

In my opinion, the market value of this property, considered in legal possession and free of encumbrances as of this date, 09th of February 2012, is US$**900,00.00** (nine hundred thousand 00/100 US$),

taking into account the exchange rate of today of RD$38.90 x 1US$ = RD$35,010,000.

Respectfully submitted,

Andrés Brugal-Gómez

Civil Engineer – Assessor

Member of the Superintendence of Banks

T-168-1801

ITADO 270

CODIA 8210

**BRUKUN CONSTRUCTORA, S.A.**

**OBJECTIVE:** Upon request of the interested party it is desired to obtain the value described above, taking into consideration the advantages and disadvantages that this represents.

**INTRODUCTION:**

For the realization of this appraisal the methods cost and supply and demand, implemented by the Association of Assessors and the Institute of Dominican Assessors (ITADO) were used; these methods shall be adequately clarified in the section calculations of this report, in order to have more certainty about the real estate.

**DESCRIPTION OF THE REAL ESTATE**

The real estate is a large Farm, which is destined to the raising of cattle, it is divided into various pastures in its interior and it has a panoramic view towards the ocean, its topography is of a mixed type: rugged and flat, three rivers converge in its' interior, which supply water to the aforesaid property. This property has potential for future development since it has the services water and electricity and access roads, located at barely 4 ½ km from the town of Rio San Juan, as well as its panoramic views make this real estate desirable and executable.

**BRUKUN CONSTRUCTORA, S.A.**

Calculation Sheet

| Description | Area | Quantity | Unit | Price | Unit | Total |
|---|---|---|---|---|---|---|
| | 37 hectares | 370,000 | m2 | | | |

| | | |
|---|---|---|
| 73 area | 7,300 m2 | |
| 18.04 centimeter are | 18.04 m2 | |
| | 377,318.04 m2 | |
| Equivalent to | 600 Tareas  US$1,500 | US$900,000.00 |

Note:

1 tarea equals 628.28 m2

**BRUKUN CONSTRUCTORA, S.A.**

Certificate of Appraisal

Herewith I certify that I do not have any interest in the appraised property nor shall I have in the future, that neither having been commissioned for this appraisal nor the fees that I shall receive have influenced the value of the property which is the object of this appraisal. I certify that I have inspected the property personally and in accordance with my knowledge and experience, everything that is explained in this report is true and correct, subject to the attached contingent and limiting conditions. Based on the data contained in this report, it is my opinion that the

market value, in accordance with the present definition of properties appraised within Parcel No. 99-A-Ref. of the Land Registry District No. 2 of Rio San Juan, on today's date, 09th of February 2012, is **US$900,000 (nine hundred  thousand  00/100 US$),**

taking into consideration today's exchange rate of RD$38.90 x US$1 = RD$35,010,000.

Sincerely,

Engineer Andrés Brugal-Gómez

ITADO 270

CODIA 8210

Member of the Superintendence of Banks

Book <u>No. 21</u> Province or                                City or

          District <u>María Trinidad Sánchez</u>      Municipality <u>Cabrera</u>            Page No. <u>344</u>

Registered in precise

compliance with the law

decree or order                                **DOMINICAN REPUBLIC**        0048137

                                                                                                            Series PJ

<u>No.   (illegible)    </u>                                                                  Lot No.<u>_____</u>

<u>(illegible)        </u>                                                                      Block No. __ Portion No._

<u>(illegible)        </u>                                                                      Parcel No. 99-A-Ref.

                                                                                                            Land Registry District No. 5

of Cabrera

<u>600 Tareas</u>

Area

(illegible)

Transferred to Title Certificate

**Title Register**

No. _____ Book No._____

**María Trinidad Sánchez**

Page No._____

**In the Name of the Republic**

Title Certificate Number 87-136

Owner(s):       <u>Corporación 70201, S.A.</u>

Municipality:   Cabrera

Description:       By virtue of the Law and in the name of the Republic, CORPORACIÓN 70201, S.A., a commercial corporation organized and in existence in accordance with the laws of the Dominican Republic, with domicile at Duarte Street No. 2, third floor, Municipality of Sosúa, province of Puerto Plata, Dominican Republic, with National Register of Taxpayers Number (RNC) (illegible), duly represented by its' president-administrator Mrs. Martha Mena Sena, Dominican, single, private sector employee, bearer of identity card and voters registration number (illegible), co-owner of the property right of Parcel number 99-A-Ref. of the Land Registry District No. 2 of the municipality of Cabrera, province of María Trinidad Sánchez, with a surface area of 37 hectare, 73 areas, 18.04 centimeter areas (600 tareas) has it's origin in the act under private signature and sale dated 23rd of the month of March of the year 2007, granted by corporation (illegible), duly represented by Mr. José Francisco (illegible) by decision of the corporation dated (illegible) March of the year 2007, registered on the 23rd day of the month of April of the year 2007, under number 875, page 215 of Registration Book number 35. The Seller is eliminated, executed today, 24th of the month of May of the year 2007 (FDO).

Annotated in transferrable Record and without Protection of the Guarantee Funds.

Article (illegible) of Law (illegible)

Registrar (illegible)

Licentiate FRANKLIN (illegible)

Civil Engineer- Assessor

Member of the Superintendence of Banks

T-168-1801

Member of the Dominican Institute of Assessors

ITADO 270

(the next 3 pages contain photos of the property)

**BRUKUN CONSTRUCTORA, S.A.**

Contingent and limiting conditions

We have reliably and correctly considered all and each of the submitted legal documents.

Any existing encumbrance has not been considered, and therefore the property was appraised exempting these und it is considered under the system of possession and responsible administration.

The drafts and/or sketches included in this report are to help the reader visualize the property and under no concept is it an attempt to modify the dimensions contained in any of the utilized legal documents.

The expressed market value does not include any other values that might be derived from other causes or from deprivation of usufruct of the appraised property.

This appraisal does not oblige us to testify or appear at trial at the court related to the appraised property, unless it is agreed-upon in advance.

This appraisal was made in accordance with the code of ethics of the Insituto de Tasadores Dominicanos, Inc., affiliated to the Pan-American Union of Appraisal Associations (UPV).

Andrés Brugal Gómez

**BRUKUN CONSTRUCTORA, S.A.**

## INFORME DE AVALUO

| | | |
|---|---|---|
| INMUEBLE | : | **FINCA** Parcela No.99-A-Ref Distrito Catastral No.2 Certificado de titulo No.87-136 Rio San Juan |
| LOCALIZACION | : | Rio San San Juan Alambre Bejuco (4 ½ km. De penetración) Entrada frente al Hospital |
| PROPIETARIO | : | **CORPORACION 70201, S.A** |
| SOLICITANTE | : | **GUZMAN ARIZA** |
| FECHA | : | 09 de Febrero 2012 |
| PREPARADO POR | : | ANDRES BRUGAL GOMEZ ING.CIVIL-TASADOR |

MIEMBRO DEL INSTITUTO TASADORES DOMINICANO
ITADO 270
MIEMBRO DE LA SUPERINTENDENCIA DE BANCOS
T.168-1801
CODIA 8210

Calle Beller esq. San Felipe
Plaza Arawak, Suite 2
Puerto Plata, Rep. Dominicana

Oficina: 809-586-0745



**BRUKUN CONSTRUCTORA, S.A.**

## CARTA DE TRANSMICION

**SRES. GUZMAN ARIZA**
**ANA MIRANDA**

En cumplimiento de su solicitud para la ejecución de una tasación Para determinar el valor de LA FINCA localizada en Rio San Juan Alambre Bejuco (4 ½ km. De penetración) entrada frente al Hospital , con la Parcela No.99-A-Ref del Distrito Catastral No. 2 de Rio San Juan de  Puerto Plata.  Adjunto a la presente un informe en  cual describe mi método de enfoque y contiene los datos reunidos durante mi investigación.

En mi opinión el valor del mercado de esta propiedad, considerada posesión legal y libre de grávamenes en esta fecha 09 de Febrero 2012 es de **$900,000US (Novecientos mil Dollares 00/100US )**

**Tomando en cuenta la tasa de hoy RD$38.90 x $1US =$35,010,000RD**

REMITIDO RESPECTUOSAMENTE

ANDRES BRUGAL GOMEZ
ING.CIVIL-TASADOR
MIEMBRO DE LA SUPERINTENDENCIA DE BANCOS
T-168-1801
ITADO 270
CODIA8210

Calle Ballar esq. San Felipe
Plaza Arawak, Suite 2
Puerto Plata, Rep. Dominicana

Oficina: 809-586-9748

 **BRUKUN CONSTRUCTORA, S.A.**

**OBJETIVO:** A solicitud de la parte interesada se desea obtener el valor antes descrito, tomando en cuenta las ventajas y desventajas que este represente.

**INTRODUCCIÓN:**

Para la realización de esta valuación se ha utilizado los métodos del costo y de oferta y demanda, implementado por la Sociedad de tasadores y el Instituto de Tasadores Dominicano (ITADO) estos métodos serán aclarados adecuadamente en la sección de cálculos de este trabajo, para así tener mas certero del bien raíz.

**DESCRIPCIÓN DEL INMUEBLE.**

El Inmueble es por denominación Una Finca de grandes extensiones, la cual esta destinada a la crianza de ganado, en su interior esta dividida en varios potreros y cuenta con una vista panorámica hacia el mar, su topografía es de tipo mixta: accidentada y llana, en su interior convergen tres ríos los cuales suministran de agua a dicha propiedad, esta propiedad tiene potencial de desarrollo en un futuro, ya que cuenta con los servicios de agua y luz y caminos vecinales para su acceso, localización a escasos 4 ½ km. Del poblado de Rio San Juan, así como sus vistas panorámica, hacen de este inmueble que sea deseable y ejecutable





Calle Bellot esq. San Felipe
Plaza Arawak, Suite 2
Puerto Plata, Rep. Dominicana

Oficina: 800-888-9748

 **BRUKUN CONSTRUCTORA, S.A.**

## CERTIFICADO DE TASACIÓN

Por la presente certifico que no tengo ningún interés ni lo tendré en el futuro, sobre la propiedad tasada y que ni el encargo para esta tasación, ni los honorarios que recibiré, han influido en el valor de la propiedad objeto de este avalúo .Certifico que he inspeccionado la propiedad personalmente y de conformidad con mis conocimientos y experiencias, todo lo expuesto e informado en este informe es verídico y correcto, sujeto a las condiciones contingentes y limitantes anexas. Basado en los datos contenidos en este informe, mi opinión es que el valor del mercado, según la definición presente, de la propiedades tasada con la Parcela n0,99-A-Ref. del Distrito Catastral No.2 de Rio San Juan a la fecha de hoy 09 de Febrero 2012 es de **$900,000US (Novecientos mil Dollares 00/100US)**

**Tomando en cuenta la tasa de hoy RD$38.90 x $1US = $35,010,000RD**

MUY ATENTAMENTE

ING. ANDRES BRUGAL B.

ITADO 270

CODIA 8210

MIEMBRO DE LA SUPERINTENDENCIA DE BANCOS

Calle Beller esq. San Felipe
Plaza Arawak, Suite 2
Puerto Plata, Rep. Dominicana

Oficina: 809-586-8745

 **BRUKUN CONSTRUCTORA, S.A.**

# HOJA DE CALCULOS

| DESCRIPCION | AREAS | CANTIDAD | UD | PRECIO | UD | TOTAL | |
|---|---|---|---|---|---|---|---|
| 37 | HECTAREAS | 370,000 | M2 | | | | |
| 73 | AREAS | 7,300 | M2 | | | | |
| 18.04 | CENTIAREAS | 18.04 | M2 | | | | |
| | | 377,318.04 | M2 | | | | |
| | | | | | | | |
| EQUIVALENTE | @ | 600 | TAREAS | 1500 | US | $ 900,000.00 | US |

NOTA:

1 TAREA EQUIVALE A 628.28M2



Calle Bafer esq. San Felipe
Plaza Arawak, Suite 2
Puerto Plata, Rep. Dominicana

Oficina: 809-586-9745

PROVINCIA:  
DISTRITO  MARIA  SANCHEZ  

CIUDAD O  
MUNICIPIO  CABRERA  

0046137  
SERIE P.

# REPUBLICA DOMINICANA



## REGISTRO DE TITULOS
## MARIA TRINIDAD SANCHEZ
## EN NOMBRE DE LA REPUBLICA

000 TAREAS  
AREA

## Certificado de Título Num. 87-136

PROPIETARIO(S):  CORPORACION 70201, S. A.

MUNICIPIO  CABRERA

DESCRIPCION: EN VIRTUD DE LA LEY Y EN NOMBRE DE LA REPUBLICA, SE DECLARA A CORPORACION 70201, S. A., SOCIEDAD COMERCIAL ORGANIZADA Y EXISTENTE DE CONFORMIDAD CON LAS LEYES DE LA REPUBLICA DOMINICANA, CON DOMICILIO EN LA CALLE DUARTE No. 2, TERCER PISO, MUNICIPIO DE SOSUA, PROVINCIA DE PUERTO PLATA, REPUBLICA DOMINICANA, CON REGISTRO NACIONAL DE CONTRIBUYENTES (RNC) No. 105522...  DEBIDAMENTE REPRESENTADA POR SU PRESIDENTE-ADMINISTRADOR SEÑORA MARTHA PEREZ SENA, DOMINICANA, SOLTERA, EMPLEADA PRIVADA, PORTADORA DE LA CEDULA DE IDENTIDAD Y ELECTORAL NUMERO ... COMO PROPIETARIA DEL DERECHO DE PROPIEDAD DE LA PARCELA NUMERO 99 A REF., DEL DISTRITO CATASTRAL NUMERO ... DEL MUNICIPIO DE CABRERA, PROVINCIA MARIA TRINIDAD SANCHEZ, CON UNA EXTENSION SUPERFICIAL DE 25 HECTAREAS, 75 AREAS, ... CENTIAREAS, (000 TAREAS), ... SEGUN TIENE SU ORIGEN EN EL ACTO BAJO FIRMA PRIVADA DE COMPRA Y VENTA DE FECHA 23 DEL MES DE MARZO DEL AÑO 2005, OTORGADO POR LA COMPAÑIA  D. & G., S. A.  DEBIDAMENTE REPRESENTADA POR EL SEÑOR JOSE FRANCISCO TEJEDA, MEDIANTE RESOLUCION DE LA SOCIEDAD DE FECHA 16 DE MARZO DEL AÑO 2005, INSCRITO EL DIA 23 DEL MES DE ABRIL DEL AÑO 2007, BAJO EL NUMERO 873, FOLIO 214, DEL LIBRO DE INSCRIPCIONES NUMERO 187, QUEDA ELIMINAR A LA VENDEDORA EJECUTADO HOY 14 DEL MES DE MAYO DEL AÑO 2007 (FDO)

CONSTANCIA ANOTADA INTRANSFERIBLE Y SIN PROTECCION DEL FONDO DE GARANTIA  
ARTICULO 129, LEY 108-05



REGISTRADORA DE TITULOS  
LIC. FRANKLIN MEJIA HERRERA



**BRUKUN CONSTRUCTORA, S.A.**

## CONDICIONES CONTINGENTES Y LIMITANTES

Hemos considerado fidedignos y correctos todos y cada uno de los documentos legales suministrados.

Cualquier gravamen existente no ha sido considerado, por lo cual la propiedad se ha tasado exenta de ellos y considerada bajo un régimen de posesión y administración responsables

Los bosquejos y/o croquis incluidos en este informe son para ayudar al lector a visualizar la propiedad y bajo ningún concepto se pretende modificar las dimensiones de furgirán en ninguno de los documentos legales utilizados.

El valor del mercado expresado no incluye cualquier otros valores que pudieran derivarse por otras causas o por la privación del usufructo de la propiedad tasada.

Este avalúo no nos obliga testificar o comparecer a juicio en corte relacionados con la propiedad tasada a menos que convenga previamente al respecto.

Este avalúo se ha realizado de conformidad con el código de ética del Instituto de Tasadores Dominicanos INC. Afiliado a la Unión Panamericana de Asociaciones de Valuación (UPV)

ANDRES BRUGAL GOMEZ

INGENIERO CIVIL TASADOR

MIEMBRO DE LA SUPERINTENDENCIA DE BANCOS

T-168-1801

MIEMBRO DEL INSTITUTO DE TASADORES DOMINICANOS

ITADO 270

Calle Beller esq. San Felipe
Plaza Arawak, Suite 2
Puerto Plata, Rep. Dominicana

Oficina: 809-586-9745















# EXHIBIT B



ABOGADOS
D ANTONIO GUZMAN L †
FABIO J GUZMÁN ARIZA
JULIO A BREA GUZMAN
RUBÉN J GARCÍA
RHADAMES ESPINAL
CHRISTOPH SIEGER
CÉSAR CALDERÓN
HILMA GATÓN †
SAMUEL RAMIA
JOSÉ LUIS GUERRERO
ALBERTO REYES
ALFREDO A GUZMAN
FABIO J GUZMAN SALADIN
LICHLOTT MINAYA
CARLOS MORENO
YANIRA MEJÍA
MILAGROS DE LA CRUZ
ELVIS ROQUE
ANA VIRGINIA MIRANDA
NELSON JAQUEZ
JUAN FERNANDEZ
JOHANNA DE LANCER
FATIMA OLIVERO
EDWARD VILORIA
CLAUDIA YERAS
AILEEN ESPINOSA
RAYSA BONILLA
HÉCTOR I LEJADA
ANABEL RIZIK FRUGLI
MANUELA RAMIREZ

ABOGADOS EXTERNOS
JOSÉ S HERNÁNDEZ
KAI SCHOENHALS

CONSULTORES DE NEGOCIOS
ROMEO TEJADA, M Sc
MARIANO CORRAL, CPA
ALFREDO A GUZMAN, MBA
FABIO J GUZMAN SALADIN  MBA

## GUZMÁN ARIZA

### ABOGADOS y CONSULTORES

CALLE PABLO NERUDA NO. 20,
VILLAS ANA MARÍA, SOSÚA,
REPÚBLICA DOMINICANA
Tel (809) 571-2880 Fax (809) 571-2928
info@drlawyer.com
www.drlawyer.com

OTRAS OFICINAS GUZMÁN ARIZA

SANTO DOMINGO, R D
SAN FRANCISCO DE MACORÍS, R D
CABRERA, R D
LAS TERRENAS, R D
SAMANÁ, R D
BÁVARO, PUNTA CANA, R D
LA ROMANA, R D

AFILIACIONES INTERNACIONALES

STATE CAPITAL GROUP
MALCOLM CISNEROS

INTERNATIONAL MAILING ADDRESS

EPS-D199, P O BOX 02-5648
MIAMI, FLORIDA 33102
U S A

## TO WHOM IT MAY CONCERN

The undersigned, doctor **JULIO ALBERTO BREA GUZMÁN,** Dominican, of legal age, married, attorney, bearer of identity card and voters registration number 001-0073057, attorney, empowered to exercise in the Dominican Republic pursuant to Decree of the Executive Power number 64-94, dated March 23rd, 1994, registered at the Association of Attorneys of the Dominican Republic with number 14681-64-94, with professional offices open at the law firm of the Dominican Republic, Guzmán Ariza & Associates, located at Pablo Neruda street number 20, sector Villas Ana María, city and municipality of Sosúa, province of Puerto Plata, Dominican Republic, STATES by means of this act the following:

1.  That on the date twenty-fifth (25th) of the month of March of the year two thousand seven (2007) Mr. JOSEPH BEROV, American, of legal age, single, investor, bearer of American passport number 206735308, domiciled and residing in New York, New York, United states of America, acquired the commercial corporation CORPORACIÓN 70201, S.A., a commercial corporation organized and in existence in accordance with the laws of the Dominican Republic, corporation with Mercantile Registration Certificate for Commercial Corporations number 3826/2007, with National Register of Taxpayers (R.N.C.) number 1-30-37229-2, with domicile established at Duarte street number 2, third floor, city and municipality of Sosúa, province of Puerto Plata, Dominican Republic, pursuant to incorporation documents that I have seen and that are on record in the corresponding file of this law firm.

2.  That on the date thirteenth (13th) of the month of December of the year two thousand seven (2007) Mr. JOSEPH BEROV formed the commercial corporation PERFECTSEA GROUP DEVELOPMENT, S.A., organized and in existence in accordance with the laws of the Republic of Panama, and registered in the Dominican Republic with Mercantile Registration Certificate for Commercial Corporations number Nag-279-2011, with National Register of Taxpayers (R.N.C.) number 1-30-76065-9, with domicile established on the Highway Río San Juan- Nagua, Km 21, Plaza Comercial Cabrera, second floor, municipality of Cabrera, province of María Trinidad

*Page 1 of 3*

Sánchez, Dominican Republic, pursuant to incorporation documents that I have seen and that are on record in the corresponding file of this law firm.

3. That the commercial corporation PERFECTSEA GROUP DEVELOPMENT, S.A. is the President-Administrator of the commercial corporation CORPORACIÓN 70201, S.A., pursuant to Mercantile Registration Certificate for Commercial Corporations number 3826/2007, issued by the Chamber of Commerce and Production Puerto Plata on the twenty-second (22nd) of the month of January of the year two thousand eight (2008), a document that I have seen and that is on record in the corresponding file of this law firm.

4. That on the date twenty-third (23rd) of the month of March of the year two thousand seven (2007) CORPORACIÓN 70201, S.A. acquired a portion of land within the circumference of Parcel number 99-A-Ref. of the Land Registry District number 2 of the municipality of Cabrera, with a surface area of 37 hectare, 73 are, 18.04 centimeter are; and Title Certificate number 87-136, which protects its´ right to the aforesaid real estate in accordance with the provisions of article 91 of Law number 108-05 about Real Estate Registration in the Dominican Republic, is being issued in its´ favor on the date twenty-fourth (24th) of the month of May of the year two thousand seven (2007), pursuant to Real Estate Sales-Purchase Contract dated twenty-third (23rd) of the month of March of the year two thousand seven (2007), undersigned between CORPORACIÓN 70201, S.A. and LA COMPAÑÍA D Y G, S.A., with signatures authenticated by Dr. Julio Alberto Brea Guzmán, Notary Public appointed to the municipality of Sosúa; and, Title Certificate number 87-136, documents that I have seen and that are on record in the corresponding file of this law firm.

5. That on the date nineteenth (19th) of the month of June of the year two thousand nine (2009) Law number 479-08 about Commercial Corporations and Individual Firms with Limited Liability entered into force, which brought with it new corporate structures and the readjustment of stock corporations.

6. That the aforesaid law made the transformation into a new corporate structure or the readjustment to the new requirements established for stock corporations of all stock companies mandatory that were formed prior to its´ promulgation.

7. That, furthermore, on the date second (2nd) of the month of April of the year two thousand seven (2007) the Rule for the Control and Reduction of Annotated Records entered into force, which, in paragraph I of its´ article number 12 establishes that "when aiming to transfer the property right of a part of a parcel supported by a Title Certificate, the real estate must previously be subdivided….."

8. That article 10 of Decision number 355-09, Rules for the Regularization of Parcels and Demarcation, defines demarcation or subdivision as a proceeding by means of which rights protected by an Annotated Record are located, determined and individualized and granted a unique new cadastral designation.

9. The proceeding of demarcation or subdivision consists of three stages:

   a. Technical, whereby by means of an act of survey of the parcel the land is located, determined and individualized and the property rights thereto are consolidated. This stage ends with the technical approval of the operations by the territorially competent Regional Head Office of Cadastral Measurements.

*Page 2 of 3*

b.  Judicial, whereby by means of a process the necessary guarantees are given so that all owners of an Annotated Record to the same parcel and all owners of charges and encumbrances may make the claims that they consider pertinent. This stage ends with the sentence that approves the demarcation.

c.  Registry, it consists of the act of registration of the rights that fall on the parcel and whereby the existence of the right is credited. This stage ends with the issuance of the Title Certificate and the qualification of the corresponding supplemental register.

10.  That in accordance with the above, the commercial corporation CORPORACIÓN 70201, S.A., represented by PERFECTSEA GROUP DEVELOPMENT, S.A. is the legitimate owner of the real estate described in number 4 of this document, and it may freely dispose of it in favor of any natural or juristic person it considers convenient, after the process of corporate transformation established by Law number 479-08 has been performed; and the process of subdivision of the real estate established in the Rules for the Control and Reduction of Annotated Records.

11.  Despite of the above, the corporation PERFECTSEA GROUP DEVELOPMENT, S.A. may make the transfer of its shares in CORPORACIÓN 70201, S.A. to any third party, and the latter shall assume the contract of it and its assets, and it falls under the responsibility of the new shareholders to make the corporate transformation into the type of corporation adjusted to their needs, and later to realize the demarcation and subdivision proceeding.

12.  That the present document and the information herein will be used and relied upon by the United States District Court for the Eastern District of New York and the United States District Court for the Eastern District of New York (Cogan, J.), in reference to the action Close-Up International, Inc., v. Berov, et al.; Index No. 2363/02.

DR. JULIO A. BREA GUZMÁN
Attorney



ABOGADOS
D ANTONIO GUZMÁN L I
FABIO J GUZMÁN ARIZA
JULIO A BREA GUZMÁN
RUBÉN J GARCÍA
RHADAISIS ESPINAL
CHRISTOPH SILGER
CÉSAR CALDERÓN
HILMA GATÓN I
SAMUEL RAMIA
JOSÉ LUIS GUERRERO
ALBERTO REYES
ALFREDO A GUZMÁN
FABIO J GUZMÁN SALADÍN
LICELOTTE MINAYA
CARLOS MORENO
YANIRA MEJÍA
MILAGROS DE LA CRUZ
ELVIS ROQUE
ANA VIRGINIA MIRANDA
NELSON JAQUEZ
JOAN FERNÁNDEZ
JOHANNA DE LANCER
FÁTIMA OLIVERO
EDWARD VILORIA
CLAUDIA VERAS
AILEEN ESPINOSA
RAYSA BONILLA
HÉCTOR I TEJADA
ANABEL RIZIK FRUGIZ
MANUELA RAMÍRE Z

ABOGADOS EXTERNOS
JOSÉ S HERNÁNDEZ
KAI SCHOENHALS

CONSULTORES DE NEGOCIOS
ROMERO TEJADA, M Sc
MARIANO CORRAL, CPA
ALFREDO A GUZMÁN MEJÍA
FABIO J GUZMÁN SALADÍN, MBA

## GUZMÁN ARIZA

ABOGADOS y CONSULTORES

CALLE PABLO NERUDA NO. 20,
VILLAS ANA MARÍA, SOSÚA,
REPÚBLICA DOMINICANA
Tel (809) 571-2880 Fax (809) 571-2928
info@drlawyer.com
www.drlawyer.com

OTRAS OFICINAS GUZMÁN ARIZA

SANTO DOMINGO, R D
SAN FRANCISCO DE MACORÍS, R D
CABRERA, R D
LAS TERRENAS, R D
SAMANÁ, R D
BÁVARO, PUNTA CANA, R D
LA ROMANA, R D

AFILIACIONES INTERNACIONALES

STATE CAPITAL GROUP
MALCOLM CISNEROS

INTERNATIONAL MAILING ADDRESS

EPS-D199, P O BOX 02-5648
MIAMI, FLORIDA 33102
U.S.A

---

### A QUIEN PUEDA INTERESAR

Quien suscribe, doctor **JULIO ALBERTO BREA GUZMÁN**, dominicano, mayor de edad, casado, abogado, portador de la cédula de identidad y electoral núm. 001-0073057-1, abogado facultado para ejercer en la República Dominicana, según Decreto del Poder Ejecutivo núm. 64-94, de fecha veintitrés (23) del mes de marzo del año mil novecientos noventa y cuatro (1994), matriculado en el Colegio de Abogados de la República Dominicana con el número 14681-64-94, con estudio profesional abierto en el bufete de abogados de la República Dominicana, Guzmán Ariza & Asociados, sito en la calle Pablo Neruda núm. 20, sector Villas Ana María, ciudad y municipio de Sosúa, provincia Puerto Plata, República Dominicana, por medio del presente acto DECLARA lo siguiente:

1.  Que en fecha veinticinco (25) del mes de marzo del año dos mil siete (2007), el señor JOSEPH BEROV, estadounidense, mayor de edad, soltero, inversionista, portador del pasaporte estadounidense núm. 206735308, domiciliado y residente en New York, New York, Estados Unidos de América, adquirió la sociedad comercial CORPORACIÓN 70201, S. A., sociedad comercial organizada y existente de conformidad con las leyes de la República Dominicana, sociedad con Certificado de Registro Mercantil para Sociedades de Comercio núm. 3826/2007, con Registro Nacional de Contribuyentes (R.N.C.) núm. 1-30-37229-2, con domicilio social establecido en la calle Duarte núm. 2, tercer piso, ciudad y municipio de Sosúa, provincia Puerto Plata, República Dominicana, según documentos de incorporación que he tenido a la vista y constan en el expediente correspondiente en este bufete.

2.  Que en fecha trece (13) del mes de diciembre del año dos mil siete (2007), el señor JOSEPH BEROV, formó la sociedad comercial PERFECTSEA GROUP DEVELOPMENT, S.A., organizada y existente de conformidad con las leyes de la República de Panamá, y registrada en República Dominicana con el Certificado de Registro Mercantil para Sociedades de Comercio núm. Nag-279-2011, con Registro Nacional de Contribuyentes (R.N.C.) núm. 1-30-76065-9, con domicilio social establecido en la Carretera Río San Juan-Nagua, Km. 21, Plaza Comercial Cabrera, 2do piso,

municipio de Cabrera, provincia María Trinidad Sánchez, República Dominicana; según documentos de incorporación que he tenido a la vista y constan en el expediente correspondiente en este bufete.

3.  Que la sociedad comercial PERFECTSEA GROUP DEVELOPMENT, S.A., es la Presidente-Administradora de la sociedad comercial CORPORACIÓN 70201, S.A., según Certificado de Registro Mercantil para Sociedades de Comercio núm. 3826/2007, emitido por la Cámara de Comercio y Producción de Puerto Plata, en fecha veintidós (22) del mes de enero del año dos mil ocho (2008), documento que he tenido a la vista y consta en el expediente correspondiente en este bufete.

4.  Que en fecha veintitrés (23) del mes de marzo del año dos mil siete (2007), CORPORACIÓN 70201, S. A., adquirió una porción de terreno dentro del ámbito de la Parcela núm. 99-A-Ref., del Distrito Catastral núm. 2, del municipio de Cabrera, con una extensión superficial de 37 Hectáreas, 73 Áreas, 18.04 Centiáreas; siéndole expedido a su favor en fecha veinticuatro (24) del mes de mayo del año dos mil siete (2007), el Certificado de Título núm. 87-136, que ampara conforme lo establecido en el artículo 91, de la Ley núm. 108-05, de Registro Inmobiliario en la República Dominicana, su derecho real sobre dicho inmueble, según Contrato de Compraventa de Inmueble de fecha veintitrés (23) del mes de marzo del año dos mil siete (2007), suscrito entre CORPORACIÓN 70201, S.A. y LA COMPAÑIA D Y G, S.A., con firmas legalizadas por el Dr. Julio Alberto Brea Guzmán, Notario Público de los del número para el municipio de Sosúa; y, Certificado de Título núm. 87-136, documentos que he tenido a la vista y constan en el expediente correspondiente en este bufete.

5.  Que en fecha diecinueve (19) del mes de junio del año dos mil nueve (2009), entró en vigencia la Ley núm. 479-08 sobre Sociedades Comerciales y Empresas Individuales de Responsabilidad Limitada, la cual, trajo consigo dos nuevas estructuras sociales y el reajuste de las sociedades anónimas.

6.  Que dicha ley, hizo obligatoria la transformación de todas las sociedades anónimas formadas antes de su promulgación a una de las nuevas estructuras corporativas o su reajuste a los nuevos requisitos establecidos para las sociedades anónimas.

7.  Que, por demás, en fecha dos (2) del mes de abril del año dos mil siete (2007), entró en vigencia el Reglamento para el Control y Reducción de Constancias Anotadas, el cual, en el párrafo I, de su artículo núm. 12, establece que "Cuando se pretende transferir la propiedad de una parte de una parcela sustentada en un Certificado de Título, se debe previamente subdividir el inmueble..."

8.  Que el artículo 10, de la resolución núm. 355-09, Reglamento para la Regularización Parcelaria y el Deslinde, define el deslinde o subdivisión, como el procedimiento mediante el cual se ubican, determinan e individualizan los derechos amparados en Constancias Anotadas y se los otorga una nueva designación catastral única.

9.  El procedimiento de deslinde o subdivisión consta de tres etapas:

    a)  Técnica, en la que mediante un acto de levantamiento parcelario se ubica, determina e individualiza el terreno sobre el que se consolida el derecho de propiedad. Esta etapa finaliza con la aprobación técnica de las operaciones por la Dirección Regional de Mensuras Catastrales territorialmente competente.



b)   Judicial, en el que mediante un proceso se dan las garantías necesarias para que todos los titulares de Constancias Anotadas sobre la misma parcela y los titulares de cargas y gravámenes, puedan hacer los reclamos que consideren pertinentes. Esta etapa finaliza con la sentencia de aprobación del deslinde.

c)   Registral, consistente en el acto del registro de los derechos que recaen sobre la parcela y donde se acredita la existencia del derecho. Esta etapa finaliza con la expedición del Certificado de Título y la habilitación del correspondiente Registro Complementario.

10.   Que conforme lo anterior, la sociedad comercial CORPORACIÓN 70201, S.A., representada por PERFECTSEA GROUP DEVELOPMENT, S.A., es la legítima propietaria del inmueble descrito en el numeral 4, del presente documento, pudiendo disponer libremente del mismo en favor de cualquier persona física o moral que entienda conveniente, luego de efectuados el proceso de transformación societaria establecido en la Ley núm. 479-08; y, el de subdivisión del inmueble establecidas en el Reglamento para el Control y Reducción de Constancias Anotadas.

11.   Que no obstante lo anterior, la sociedad PERFECTSEA GROUP DEVELOPMENT, S. A., puede efectuar la transferencia de sus acciones en CORPORACIÓN 70201, S.A., a cualquier tercera persona y esta asumirá el contrato de la misma y de sus activos, quedando bajo la responsabilidad de los nuevos accionistas, efectuar la transformación societaria al tipo societario que se ajuste a sus necesidades y posteriormente realizar el procedimiento de deslinde y subdivisión.

12.   Que el presente documento y la información en el contenida será ultizada por la corte del Distrito de New York como aval para el caso Close-Up International, Inc., v. Berov, et al.; Index núm. 2363/02.

Dr. JULIO A. BREA GUZMÁN
Abogado

*Pág 3 de 3*