**SAUCHIK**
**LAW GROUP**
Attorneys and Counselors at Law

NEW YORK OFFICE:
641 LEXINGTON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 634-6350
FACSIMILE: (212) 634-6351

WWW.KSPCLAW.COM

BROOKLYN OFFICE:
9712 THIRD AVENUE
BROOKLYN, NEW YORK 11209
TELEPHONE: (718) 787-9500
FACSIMILE: (718) 787-9502

ALEC SAUCHIK, ESQ.
ASAUCHIK@KSPCLAW.COM

February 17, 2012

**VIA ECF**

The Honorable Brian M. Cogan, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   *Close-Up International* et al. *v. Berov* et al.
> Civil Action No. 02-cv-2363

Dear Judge Cogan:

Pursuant to Your Honor's February 2, 2012 Order, this is in response to Joseph Berov's February 16, 2012 submission.  As a threshold matter, it should be noted that Berov filed his submission two days past the deadline of February 14, 2012, on a Thursday before a long weekend, practically ensuring that Close-Up would not have adequate time to respond. However, since we have already filed a letter concerning the enforceability of legal opinion letters in the Dominican Republic as well as a host of other issues, and the challenges to Berov's submission are so self-evident, we wish to respond immediately.

We have attached as **Exhibit "A"** a quick response to Berov's submission by Close-Up's Dominican counsel.  The following is an elaboration on the issues raised in Ferrand & Ferrand's response, as well as a number of other points. We should also have a statement from Close-Up's appraiser shortly, which we will file under separate cover.

## I.     APPRAISAL ISSUES

### A.     Appraiser's Qualifications

Berov has filed a document called an "appraisal report" from one Andres Brugal Gomez, Civil Engineer-Assessor.  At the February 2, 2012 conference, Your Honor said that it was

> [i]n Mr. Berov's interest to get the most recognized appraiser in the Dominican Republic so that the plaintiff can't say anything about the appraisal. Obviously you don't have to get the most recognized, but you can't get Joe Blow from down

the street to say "I think it's worth ten million dollars." So the more bulletproof an appraisal you get me, the more likely it is that I can immediately release Mr. Berov . . .

Feb. 2., 2012 Tr., at 15:16-23.

Having taken one quick look at the "appraisal", we endeavored to verify that Mr. Gomez is indeed a member in good standing (#270) of the Institute of Dominican Assessors (Miembro del Instituto Tasadores Dominicano, "ITADO"), as he claims to be. We submit to Your Honor that Mr. Gomez's name does not appear on the current list of members of ITADO in good standing, a full copy of which is attached as **Exhibit "B"**. Aside from other issues, this raises significant credibility concerns about Mr. Gomez's representations and conclusions, as well as the reliability of his "appraisal report". We are in the process of requesting a letter from ITADO to confirm Mr. Gomez's standing and will inform the Court accordingly.

### B.     Multiple Glaring Deficiencies of the Appraisal Report

The glaring deficiencies of Berov's appraisal are self-evident. In short, the document does not contain any badges of a typical appraisal. It is unfathomable that such an appraisal could be of any validity in the Dominican Republic or elsewhere.

1.     Mr. Gomez's Transmission Letter states that the appraisal report describes the method of approach and includes the data collected during his investigation. (ECF Doc. No. 393, Page 4 of 27). There is absolutely no indication as to what method Mr. Gomez used in his valuation other than multiplying the area of the land as it appears on the title document (in Tareas) by a completely unsubstantiated figure of $1,500 per unit. There is no listing of comparable sales, no formulas for determining the land unit price, no regional analysis, no tax-related considerations, no considerations of various scenarios that might alter the price—nothing that would be essential to an appraisal from a reputable valuator. Significantly, there is absolutely no consideration of the sale price in the event of a quick sale, which is what Close-Up will have to do if it were to ever take possession of this property.

2.     In his valuation, Mr. Gomez appears to be relying solely on an unclear copy of the title document and photographs (which Berov already used in his earlier court submissions), and details no other particulars of his investigation. There is no indication that Mr. Gomez has ever reviewed any architectural plans, surveys, topographical maps, property demarcation records, or the like. There is no indication in the report that Mr. Gomez or anyone on his behalf ever visited the property to confirm the statements made in the "Description of the Real Estate". (Page 5 of 27). There is no basis for the statement made in the report that "[the] property has potential for future development," what this potential is, and how it factors in the price of the land.

3.     The "Description of Real Estate" section contains a statement that the land has "services water and electricity". There is nothing to confirm the truth of this statement. In fact, in his letter of January 24, 2012, Adam Richards makes a reference to the discovery of year round Artesian sources of water (ECF Doc No. 386, Page 4 of 26), which seems to undercut the claim that the property is connected to the municipal water grid. Moreover, in July 2007, Berov

SAUCHIK LAW GROUP, P.C.

The Honorable Brian M. Cogan
February 17, 2012
Page 3 of 7

was given an estimate of the price of providing water and electricity services to the property. **See Exhibit "C"**.  The cost of connecting the property to the electrical grid was estimated at $132,000-$274,000, and the cost of water supply work was estimated at $140,000.  We believe that, had this work been done (of which we have no evidence), Mr. Richards would not be emphasizing the discovery of Artesian water sources; he would have rather stated that all water and electric engineering work had been completed.  Again, this speaks to the unreliability of the "appraisal report".

4.       The property is described as a large cattle grazing farm with panoramic views. This is a far cry from Berov's claim that the property "fronts Atlantic Ocean," which he made on November 28, 2011 when the Court and Close-Up agreed to give this property serious consideration.  **Exhibit "D"**, at 1.  In fact, it appears that the property in its current state has absolutely no use other than being a cattle farm, which severely limits its marketability.

5.       There is absolutely no mention in the appraisal report of the issue that was identified by Berov's Dominican counsel (and confirmed by Close-Up's Dominican counsel, as reported in our prior letter); namely, that the property does not have boundary lines designated in the title deed.  As Guzman Ariza's letter states, the process of subdivision or demarcation ("Deslinde") must be completed before the property can be transferred by Corporacion 70201, S.A. (Guzman Ariza's Letter, ECF Doc. No. 393, p. 2-3) to Close-Up.  According to Close-Up's Dominican counsel, the process of official demarcation must be done through Dominican courts (with which Guzman Ariza seems to agree), and takes well over a year.  For any appraiser to claim that the land is worth anything without taking this factor into account goes contrary to the entire concept of appraising a property.

## C.       The Land Is Likely Worth Closer to Berov's Actual Purchase Price

We have located the original contract of sale of the very property to Corporacion 80954, A.S, a copy of which is attached hereto as **Exhibit "E"**.  This document, which is notarized by Dr. Julio A. Brea Guzman of Guzman Ariza, states the purchase price of RD 900,000 (equivalent to about $25,000).  While we never received the original contract of sale to Corporacion 70201, S.A., we believe that the purchase price in that contract is probably the same.  It is inconceivable that, since 2007, the property value has risen by 3,600% from its original purchase price.

Berov's "offer" of November 28 included a statement that the land had been appraised at $3.8 million, and that it had a development potential of $200 million.  These statements were obviously completely false and were intended to mislead the Court that Berov was seriously and in good faith attempting to cure his contempt.  Berov then changed the story that the property is worth closer to $900,000, and even that is a totally unrealistic figure.

In short, it seems that the whole purpose of the purported appraisal was to give some credence to Berov's previously stated value of the property of $900,000.  The Court should not condone this transparent subterfuge.

SAUCHIK LAW GROUP, P.C.

The Honorable Brian M. Cogan
February 17, 2012
Page 4 of 7

## II.    OPINION LETTER ISSUES

### A.    <u>The Opinion Letter is Unenforceable and Does Not Comply With the Court's February 2, 2012 Order</u>

#### 1.    *The Opinion Letter is Unenforceable*

As a threshold matter, as we have previously advised the Court in our February 15, 2012 submission, a legal opinion letter is an unknown procedural device in the Dominican Republic, and, even if drafted to the United States standards, would not be enforceable in Dominican courts.  Since we filed our letter before Berov's submission, our well-substantiated position had been known to Berov's counsel in advance.  However, Berov's attorneys do not even touch upon this issue in their present submission, indicating their tacid agreement.

#### 2.    *The Court's Specific Instructions*

On February 2, the Court provided Berov's counsel with specific instructions as to what it expected to see in Berov's opinion letter:

> All that has to happen, and law firms do this all the time, is for the Guzman firm to give an opinion letter to the plaintiff saying three things: number one, Corporacion 70201, in our opinion, is the sole owner of, describe the property; number two, Joseph Berov is a shareholder of Perfectsea which owns Corporacion 70201 and, in that capacity, has full right and authority under Dominican law to convey the subject property to the plaintiff; number three, we, Guzman, understand that plaintiff Close-Up is going to rely on our representations in this opinion letter.

Feb. 2, 2012 Tr., at 8:10-19.

> This one's got to specifically say: "We understand that Close-Up will rely upon this letter." In fact, I think it should say that Close-Up and the court will rely upon this letter.

Feb. 2, 2012 Tr., at 19:9-12.

#### 3.    *The Opinion Letter Does Not Comply with the Court's Order*

Guzman Ariza's letter, however, is a far cry from what the Court and Close-Up expected to receive when it embarked upon the present course of action.  First and foremost, the letter is not addressed to Close-Up but rather to "To Whom It May Concern," and contains no statement that Close-Up may rely on this opinion letter.  Second, which is, admittedly, a far less important problem, the letter is undated.  If the letter were enforceable (which it is not), this would probably raise issues of proof.

The Honorable Brian M. Cogan
February 17, 2012
Page 5 of 7

### B.    The Letter Clearly Concludes that the Property is Not Transferable

Aside from the foregoing fatal deficiencies, the Guzman letter finally and unequivocally concludes that the property is not presently transferrable.

In Sections 5 and 6, Guzman Ariza describes the new requirement for the reorganization and readjustment applicable to corporations that had been formed in the Dominican Republic prior to June 19, 2009.  In Sections 7 through 9, Guzman Ariza describes the requirement whereby no land can be transferred in the Dominican Republic until it has been previously subdivided and demarcated.  In Section 10, Guzman Ariza concludes that the land can be transferred only <u>after</u> the processes of reorganization of Corporacion 70201 S.A. and subdivision and demarcation of the land have been concluded.

Close-Up's Dominican counsel agrees with Guzman Ariza's conclusions and submits that the process of demarcation alone can take well over a year.  In short, all sides seem to be in agreement that the land is currently not transferrable, and certainly not a candidate for a quick sale.

As we have previously advised the Court in earlier letters, Berov has known of these issues since at least late December 2011, and possibly much earlier.  Yet, he has continued to represent to Your Honor that his offer of land to Close-Up is *bona fide*.  It is hard to imagine a clearer indication of bad faith on Berov's part.

### C.    The Statements in the Letter are Seemingly Contrary to Berov's Representations to this Court

Turning to the substance of Guzman Ariza's representations concerning Berov's ownership of the property, one cannot help but wonder about the scale of the fraud that Berov is again attempting to perpetrate upon this Court and Close-Up.  The essence of the fraud can be simply distilled as follows:

1.      In his earlier submissions to the Court, and as was analyzed by Close-Up on the basis of the documents provided to Close-Up's Dominican counsel, Berov stated that he owns the land through the following structure:

      a)      The land is owned by Corporacion 70201, S.A., a Dominican corporation.
      b)      The majority shareholder of Corporacion 70201, S.A. is Perfectsea Development, S.A., a Panamanian corporation of which Berov is a majority shareholder.

2.      Guzman Ariza claims that Corporacion 70201, S.A. purchased the land on March 23, 2007.  Yet, we have a contract of sale to Corporacion 80954, S.A., dated the same day, and not the one to Corporacion 70201, S.A.

3.      Guzman Ariza then states that Berov acquired Corporacion 70201, S.A. on March 25, 2007 pursuant to *incorporation* documents in their possession – two days after the sale took place.

SAUCHIK LAW GROUP, P.C.

The Honorable Brian M. Cogan
February 17, 2012
Page 6 of 7

4.      Guzman Ariza's letter states that Perfectsea Group Development, S.A. was formed on December 13, 2007 – nine months following the purchase.

A simple analysis of these dates indicates the major inconsistencies in Berov's claim of ownership of the property.

### D.      Guzman Ariza's Letter Does Not Conclude that Berov Has the Power to Transfer the Property

It is not surprising that Guzman Ariza steers clear of concluding that Berov has the authority to transfer the property to Close-Up, which was the whole purpose of the opinion letter. The letter concludes that Corporacion 70201, S.A., represented by Perfectsea Group Development, S.A., has the right to transfer the property (upon the conclusion of lengthy conversion and demarcation proceedings).  Nowhere in the letter are there any representations concerning Berov's powers to act on behalf of Corporacion 70201 or Perfectsea.

It is undisputable that Guzman Ariza, being a Dominican and not Panamanian law firm cannot opine on whether Berov has already transferred his shares in Perfectsea to another party; whether Panamanian law permits Berov to act on behalf of Perfectsea when he is not even named as a corporate officer and there are multiple other shareholders; or whether Perfectsea even presently exists.

It also seems highly unlikely that Guzman Ariza can opine on whether Perfectsea has or has not transferred its ownership in Corporacion 70201 to another party, or whether Perfectsea has the power to act on behalf of Corporacion 70201 given that there are six other shareholders. In fact, earlier documents that were admitted during contempt proceedings show that Berov had other partners in his real estate ventures, such as, for instance, one Brad Black.  It is entirely possible that these known and unknown partners can lay claims on Berov's corporations.

Moreover, despite having been alerted to the existence of another contract of sale for the property to another company (Corporacion 80954, S.A.) dated the same day. (**Exhibit "E"**), Guzman Ariza's letter says nothing in this regard.

In short, Guzman Ariza's conclusions do not address the main purpose of the requested opinion letter and are of no value to Close-Up and this Court.

### E.      Guzman Ariza Is Unreliable Even by Berov's Standards

One curious fact should be noted in connection with Guzman Ariza's providing an opinion letter in this matter.  On July 1, 2008, Close-Up conducted a deposition of Berov, where Berov claimed that Guzman Ariza had caused him to lose $2.1 million in a real estate deal in the Dominican Republic.  Berov claimed that, upon advice Guzman Ariza, he had transferred the funds through the law firm to the seller and received nothing in return.  It would seem that, if true, Guzman Ariza had not performed any due diligence or conducted the proper closing.  Berov then claimed a loss of $2.1 million on his U.S. tax returns.  **Exhibit "F"**.

### III.     CONCLUSION

In sum, Berov has not demonstrated that he is, in good faith, attempting to cure his contempt.  He has provided a facially deficient, laughable appraisal coupled with a similarly deficient opinion letter.  Despite being on notice about numerous previously identified issues, he continues to falsely claim to the Court that the land he has "offered" to Close-Up is transferrable and of substantial value.  Berov's own attorney's letter disproves this.  Moreover, Guzman Ariza's letter does not and cannot confirm that Berov has the power to transfer the land, or give Close-Up any comfort that it will not be stuck litigating for years over title and corporate governance issues in Dominican courts.

In retrospect, it appears that the whole purpose of the offer of the Tres Rios property was to send Close-Up on a wild goose chase and cause it to spend at least $10,000 in legal and other professional fees – the true and proven tactic by Berov.  It was Berov's own choice to wrap his real estate ownership in several layers of corporations to hide them from Close-Up, and this is why Berov finds himself in this situation now.

Berov has numerous other properties in the Dominican Republic and elsewhere.  Some of these properties were purchased in 2010, after the enactment of the new Dominican corporate law.  Most if not all of the recently acquired properties are owned either directly by Berov or through entities that are not in turn owned by Panamanian or other offshores.  If Berov wanted to show good faith in curing his contempt, he should have initially offered these properties, and not Tres Rios.  Perhaps he can also request the necessary funds from his accounts in Chelyabinsk, Russia, sell his shares in Gazprom and other Russian companies, sell his land in Abkhazia, sell his interests in a suburban development near Moscow, or get funds from other well-hidden places.

Having just gone through this exercise in futility, we respectfully submit to the Court that now Berov should not be allowed to cure his contempt by offering to transfer another one of his properties to Close-Up.  This will again just cause months of delay and cost Close-Up untold sums.  Rather, this Court should order that Berov must monetize his real estate holdings by whatever means necessary and cure his contempt by transferring the entire sum to Close-Up, as per the Court's original order of contempt.

We thank you for your consideration.


Respectfully submitted,

SAUCHIK LAW GROUP, P.C.

/s/ Alec Sauchik
Alec Sauchik (AS-5002)


cc: Adam Richards, Esq. (via ECF)

**EXHIBIT A**



February 17th, 2012

Mr:
Alec Sauchick
Sauchick Law Group, P.C.
641 Lexington Avenue, 15TH Floor
New York, New York 10022.

> **Re: Close-Up International Inc.** *et al* **vs. Joseph Berov / Update** *Tres Rios* **Property, Nagua, Dominican Republic.**

Dear Mr. Sauchick,

In reference and pursuant to the documents deposited by Mr. Joseph Berov´s Counsel, Specifically an appraisal report of the "Tres Rios" property prepared by Andres Brugal G. and a Opinion Letter by Mr. Berov´s Dominican counsel, Dr. Julio Brea Guzmán.

<u>Appraisal</u>: This appraisal seems to lack basic elements needed for a proper appraisal in the purposes it intends. Although a title search and inspection of the validity of the documents is not required, a survey map indicating in some form the extension and shape of the property, is missing. There is no way of determining the property shown in the pictures, or the area it occupies, or the area specified in the title deed is the one being appraised. Other issues, not legal but too evident to ignore is the lack of indication by the appraiser of the process, formula or reason for the appraised value per square meter.
For the purposes of accepting this valuation, it is preferable to recommend an International Independent Appraiser, or a title insurance company, i.e. Stuart Title, or First American, both have offices in Dominican Republic.

<u>Legal Opinion:</u>

The legal opinion realized by Dr. J. Brea Guzmán, regarding Los Tres Rios is inconclusive with regards to the stating the actual status of title of Los Tres Rios. Although he indicates that a procedure of demarcation is still required to finalize the title process, and that these include three phases: 1.- Technical (Survey)  2.- Judicial (Contradictory Judgment) and 3.- Registry (Issuance of Title), he fails to conclude that Los Tres Rios does NOT have clear title. Dominican law considers the rights held on Los Tres Rios, to be incomplete, and a Demarcation process, where the boundaries are established, and indicated on the Title, needs to be realized.  This process, if contested by



claimants or neighbors with boundary issues, can take many years in court, before and clear title is ever obtained. Uncontested and amicable with neighbors, the process may take more than a year. Process costs taking in consideration the size and general area located are around fifty thousand dollars.

Also, the Registration of Stock Purchase Agreements of a corporation not Adequated to the new Dominican Corporation Law, is not possible. The corporation holding the current rights to this property has not been adequated *(479-2008 Commercial Society and Limited Liability Corporation Law)*. This process is relatively short and administrative.

In conclusion 1) The current value of Los Tres Rios, assuming it eventually obtains clear title, needs to be properly verified, 2) If Close-Up international accepts this property, there is no guarantee it would obtain clear title to the property, and we do not recommend receiving the property in this type of transaction due to the risks involved.

    If you have any comments or further queries, please do not hesitate to contact me as needed.

Best Regards,

Nathaniel H. Adams Ferrand

**EXHIBIT B**

TRANSLATION OF THE PREAMBLE
OF THE LIST OF MEMBERS IN GOOD STANDING

---

Institute of Dominican Appraisers
Member of the Union of Pan American Valuators (UPAV)

Members in Good Standing
as of September 13, 2011

We want to present to the Financial Institutions, Government, Banks, Real Estate, and anyone who uses the services of appraiser professionals a list of those currently in good standing and have met the obligations required by this institution.

Members wishing to update or alter their general data such as telephone, cellular, fax, email, etc.. please send to: itado@itado.com.do or call 809-542-2548

www.itado.com.do

---



# INSTITUTO DE TASADORES DOMINICANOS, INC.
MIEMBRO DE LA UNION PANAMERICANA DE ASOCIACIONES DE VALUACION (UPAV)

## MIEMBROS HABILES
### 13 DE SEPTIEMBRE DEL 2011

Queremos hacer del conocimiento a las Instituciones Financieras,
Gubernamentales, Bancos, Inmobiliarias, y a todo aquel que use los servicios
profesionales de los Valuadores, el listado de aquellos que están actualmente
en ejercicio y han cumplido con las obligaciones requeridas por esta Institución.

Los miembros que deseen actualizar o modificar sus datos generales como: teléfono, celular, fax, email, etc.
favor de enviarlo al: **itado@itado.com.do** o llamar al **809-542-2548**

**www.itado.com.do**

| Membresia No. | Nombres | Teléfonos | Celular | Email | Ciudad |
|---|---|---|---|---|---|
| 1 | ING. RAFAEL ANT. URBAEZ B. | 809-289-0460 | 809-543-6811 | rafael.urbaezb@hotmail.com | Santo Domingo |
| 6 | ING. MANUEL FERNANDEZ RODRIGUEZ | 809-482-5249 | 809-343-6785 | manuelfernandez.136@gmail.com | Santo Domingo |
| 12 | ING. CARLOS J. GARCIA SZABO | 809-533-3664 | 809-449-3664 | carlosgarcia@cg.com.do | Santo Domingo |
| 16 | ARQ. LUIS RENE SANCHEZ CORDOBA | 809-567-6307 | 809-710-8977 | ricardosanchezml@hotmail.com | Santo Domingo |
| 31 | ING. CARLOS CASTILLO RAMIREZ | 809-255-2075 | 809-330-9212 | gaia@codetel.net.do | Santo Domingo |
| 36 | ING. ANTONIO PADILLA COLON | 809-522-7016 | 809-519-2119 | antoniopadillac@codetel.net.do | Bani |
| 39 | ING. FRANCISCO GUZMAN BAUDRE | 809258-6483 | 809-565-2884 | frguzmanbaudre@hotmail.com | Santo Domingo |
| 69 | ING.VICTOR MIGUEL CHALAS DE CASTRO | 809-297-7979 | 809-697-0048 | vmiguelchalas_55@hotmail.com | Santo Domingo |
| 70 | ARQ. NELSON M. GARCIA MARTINEZ | 809-476-6939 | 809-697-9012 | arq.nelson.garcia@gmail.com | Santo Domingo |
| 74 | ARQ. CARLOS A. REID BAQUERO | 809-686-0858 | 809-686-0858 | wr.cabral@codetel.net.do | Santo Domingo |
| 76 | ING. MIGUEL A. MARTINEZ E. | 809-583-2559 | 809-847-9644 | miguelmartinez31@gmail.com | Santiago |
| 84 | ING. CARLOS J. LOPEZ GIL | 809-582-3475 | 809-583-1751 | | Santiago |
| 92 | ARQ. CESAR D. MEJIA DIAZ | 809-566-4742 | 809-777-0777 | cdmejiadiaz@yahoo.com | Santo Domingo |
| 93 | ING. SALVADOR STURLA SALETA | 809-567-3222/3740 | 809-924-1777 | milosturla@gmail.com | Santo Domingo |
| 103 | AGRIM. CECILIO SANTANA SILVESTRE | 809-541-4804 | 809-696-1723 | ceciliosantana@gmail.com | Santo Domingo |
| 107 | ING. JULIO EDUARDO GARCIA DE JS. | 809-532-0013 | 809-225-0210 | | Santo Domingo |
| 126 | ING. VICTOR L. MENA NAVARRO | 809-274-7800 | 809-481-7448 | victor_mena3648@hotmail.com | Santo Domingo |
| 132 | ING. FERNANDO E. RAMIREZ HUED | 809-530-8875 | 809-330-7153 | fer.dumar@codetel.net.do | Santo Domingo |
| 134 | ARQ. NORMA AZILDE AMARO BONILLA | 809-572-5228 | 809-573-3378 | | Valverde, Mao |
| 136 | MARCOS RAFAEL PERALTA FERREIRA | 809-541-6565 | 809-224-3407 | rafaelperalta2009@hotmail.com | Santo Domingo |
| 137 | ING. JOSE FRANCO ACHECAR ESMURDOC | 809-223-6522 | 809-223-6522 | jfachecar@hotmail.com | Santo Domingo |
| 140 | ING. ISIDRO PASCUAL ESPINAL DE LEON | 809-685-7285 | 809-383-1558 | constructora_firme@hotmail.com | Santo Domingo |
| 141 | ING. AGRON. RAFAEL SANTIAGO DIAZ MNEZ. | 809-850-9500 | 809-850-9500 | rafaelsantiagodiazm@hotmail.com | Santo Domingo |

 **INSTITUTO DE TASADORES DOMINICANOS, INC.**
MIEMBRO DE LA UNION PANAMERICANA DE ASOCIACIONES DE VALUACION (UPAV)

### MIEMBROS HABILES
### 13 DE SEPTIEMBRE DEL 2011

Queremos hacer del conocimiento a las Instituciones Financieras,
Gubernamentales, Bancos, Inmobiliarias, y a todo aquel que use los servicios
profesionales de los Valuadores, el listado de aquellos que están actualmente
en ejercicio y han cumplido con las obligaciones requeridas por esta Institución.

Los miembros que deseen actualizar o modificar sus datos generales como: teléfono, celular, fax, email, etc.
favor de enviarlo al: **itado@itado.com.do** o llamar al **809-542-2548**

**www.itado.com.do**

| Mombresia No. | Nombres | Teléfonos | Celular | Email | Ciudad |
|---|---|---|---|---|---|
| 146 | ING. ALFONSO HO BELLO | 809-582-4831 | 809-583-5513 | hobello@codetel.net.do | Santiago |
| 149 | ING. JOSE GABRIEL DE LA ROSA HOLGUIN | 809-296-0339 | 809-383-6222 | jgrosah@gmail.com | Bonao |
| 150 | ING. TULIO ENRIQUE FAMILIA CALCAÑO | 809-582-2686 | 809-697-2109 | ing.tfamilia@codetel.net.do | Santiago |
| 156 | ARQ. FEDERICO EDUARDO FRANCO BALCACER | 809-572-3378 | 809-697-7363 | ffranco_balcacer@hotmail.com | Valverde, Mao |
| 157 | ING. JOSE ALBERTO BERAS LOPEZ | 809-226-1360 | 809-841-7035 | jaberas@gmail.com | Santiago |
| 160 | ARQ. JOSE LUIS RODRIGUEZ BONETTI | 809-566-3294 | 809-566-3294 | | Santo Domingo |
| 161 | DEC. MARIA T. HERMIDA DE R. | 809-562-2278 | 809-566-3294 | | Santo Domingo |
| 172 | ING. ROSA ELENA GARCIA ROMERO | 809-240-1515 | 809-543-8722 | regar46@hotmail.com | Cotui |
| 175 | ARQ. JUAN E. GARCIA SZABO | 809-243-3160 | 809-231-5907 | jgarciaz@bhd.com.do | Santo Domingo |
| 176 | ING. LUIS E. MENA FRANCO | 809-533-3664 | 809-440-3555 | lemenaf@hotmail.com luismena@mn.com.do | Santo Domingo |
| 179 | ING. RAFAEL AUGUSTO ARZENO PLA | 809-582-5487 | 809-543-8060 | rafaelarzenobla@hotmail.com | Santiago |
| 180 | ING. RICARDO A. DE LA ROCHA C. | 809-612-4725 | 809-478-1881 | | Santiago |
| 186 | ING. GEORGE LEONEL SALCE SANTANA | 809-580-1962 | 809-696-7322 | georgi_2960@hotmail.com | Santiago |
| 188 | ING. MANUEL A. DIPRES RAMIREZ | 809-565-5164 | 809-756-2797 | tasacionesinmo@codetel.net.do | Santo Domingo |
| 191 | AGRIM. ING. JUAN TOMAS HERNANDEZ | 809-506-1106 | 809-763-4626 | cogo1@codetel.net.do | Santo Domingo |
| 192 | ADM. COM. JOSE ANTONIO RAMIREZ ARBONA | 809-381-0161 | 809-481-8241 | jorarbona@gmail.com | Santo Domingo |
| 193 | ARQ. RAISA M. MALLOL SUÑER | 809-548-8453 | 809-727-6657 | raisamallol@hotmail.com | Santo Domingo |
| 194 | ING. ANDRES OSCAR ZOMORA M. | 809-583-1513 | 809-583-1513 | | Santiago |
| 196 | ING. CARMEN LUISA DEL CASTILLO VASQUEZ | 829-688-0300 | 809-258-0459 | carmen.delcastillo@hotmail.com | Santo Domingo |
| 197 | ING. DIGNORA PEGUERO NIEVES | 809-533-0023 | 809-254-0300 | dipen.tasa@codetel.net.do | Santo Domingo |
| 198 | ING. JOSE IGNACIO TEJADA TABAR | 809-368-2231 | 809-224-9495 | slcxa@claro.net.do | Santo Domingo |
| 207 | ING. LUIS EMILIO ALMANZAR VIDAL | 809-585-2284 | 809481-0144 | algacasa@hotmail.com | Cotui |
| 209 | ING. EDMUNDO GUARIONEX DIAZ MORALES | 809-581-8880 | 809-581-8880 | | Santiago |



# INSTITUTO DE TASADORES DOMINICANOS, INC.
### MIEMBRO DE LA UNION PANAMERICANA DE ASOCIACIONES DE VALUACION (UPAV)

## MIEMBROS HABILES
## 13 DE SEPTIEMBRE DEL 2011

Queremos hacer del conocimiento a las Instituciones Financieras,
Gubernamentales, Bancos, Inmobiliarias, y a todo aquel que use los servicios
profesionales de los Valuadores, el listado de aquellos que están actualmente
en ejercicio y han cumplido con las obligaciones requeridas por esta Institución.

Los miembros que deseen actualizar o modificar sus datos generales como: teléfono, celular, fax, email, etc.
favor de enviarlo al: **itado@itado.com.do** o llamar al **809-542-2548**

**www.itado.com.do**

| Membresia No. | Nombres | Teléfonos | Celular | Email | Ciudad |
|---|---|---|---|---|---|
| 213 | LIC. JUAN NELSON MENDEZ | 809-541-6565 | 809-541-5353 | juan@horwath.com.do | Santo Domingo |
| 214 | ING. HECTOR LUIS RODRIGUEZ FIALLO | 809-970-7771 | 809-543-7585 | rofiasi@codetel.net.do | Puerto Plata |
| 217 | ING. EDWIN E. DE JS. DISLA  ROJAS | 809-567-1241 | 809-223-7264 | edwindisla@hotmail.com | Santo Domingo |
| 220 | ING. JOSE ANDRES LOPEZ ROSARIO | 829-450-7985 | 829-450-7985 | lopez.proysol@hotmail.com | Santiago |
| 223 | ING. EDUARDO JOSE BAEZ RAMIREZ | 809-688-0273 | 809-697-0313 | baezeduardo00@hotmail.com | Santo Domingo |
| 224 | ING. MANUEL FERNANDEZ-PEIX P. | 809-418-4526 | 809-565-9361 | | Santo Domingo |
| 231 | ING. VICTOR JUAN DE JS. GOMEZ | 809-572-2641 | 809-710-4181 | gomezbvj@hotmail.com | Valverde, Mao |
| 232 | LIC. JOSE ML. DOMINGUEZ SEVERINO | 809-227-7590 | 809-383-0214 | cedetaca@claro.net.do | Santo Domingo |
| 237 | ING. SALVADOR ANT. RAMIREZ PEÑA | 809-372-7728 | 809-847-8286 | salvarami@gmail.com | Santo Domingo |
| 242 | ING. JOSE R. HERMON TRABOUS | 809-581-1154 | 829-520-0500 | jhermon@yahoo.com | Santo Domingo |
| 249 | ING. EDDY VALERIO VALERIANO | 809-548-6130 | 809-223-1513 | t.exactas@hotmail.com. | Santo Domingo |
| 250 | ING.  LUIS ARMANDO PERICHE M. | 809-732-9220 | 809-481-7388 | luisperiche@gmail.com | Santo Domingo |
| 251 | ING.  SERGIO J. DIAZ RODRIGUEZ | 809-541-6565 | 809-543-2033 | dsergio@horwath.com.do | Santo Domingo |
| 253 | ING. NELSON B. PANTALEON ROSARIO | 809-566-3077 | 809-222-3588 | neparo@codetel.net.do | Santo Domingo |
| 254 | ING. SIXTO DANILO E. BRACHE SANCHEZ | 809-519-9316 | 809-519-9316 | sixtobrache@hotmail.com | Santo Domingo |
| 259 | ING.  EVELIO FCO. MARTINEZ FERMIN | 809-533-8448 | 829-921-4894 | emartinez@sinriesgos.net | Santo Domingo |
| 269 | AGRIM. FREDDY OGUIS MUÑOZ E. | 809-582-8839 | 809-696-3628 | freddymunoz_22@hotmail.com | Santiago |
| 276 | ING. TEOFILO MORETA JIMENEZ | 809-581-4454 | 809-848-9443 | moreta12@hotmail.com | Santiago |
| 282 | ARQ. CARMEN MARIA ROMERO NAVARRO | 809-685-8155 | 809-853-3751 | pecciromero@codetel.net.do | Santo Domingo |
| 283 | ING.  PABLO ANT. CABRERA GUZMAN | 809-578-0222 | 809-696-8865 | oficinaprofesional.pc@hotmail.com | Moca |
| 285 | ING.  MARCO ANT. GONZALEZ DALMASI | 809-573-2934 | 809-481-0253 | imargo10@hotmail.com | La Vega |
| 288 | ING.  BERENICE ANT. RAMIREZ MICHES | 809-227-5090 | 809-310-4785 | berenice.hermon@gmail.com | Santo Domingo |
| 292 | ING. AGRON. DIONIS E. MONTAS TAVAREZ | 809-563-3233 | 809-923-1866 | dionism@progreso.com.do | San Cristobal |

 **INSTITUTO DE TASADORES DOMINICANOS, INC.**
MIEMBRO DE LA UNION PANAMERICANA DE ASOCIACIONES DE VALUACION (UPAV)

**ITADO**

### MIEMBROS HABILES
### 13 DE SEPTIEMBRE DEL 2011

Queremos hacer del conocimiento a las Instituciones Financieras,
Gubernamentales, Bancos, Inmobiliarias, y a todo aquel que use los servicios
profesionales de los Valuadores, el listado de aquellos que están actualmente
en ejercicio y han cumplido con las obligaciones requeridas por esta Institución.

Los miembros que deseen actualizar o modificar sus datos generales como: teléfono, celular, fax, email, etc.
favor de enviarlo al: **itado@itado.com.do** o llamar al **809-542-2548**

**www.itado.com.do**

| Membresía No. | Nombres | Teléfonos | Celular | Email | Ciudad |
|---|---|---|---|---|---|
| 293 | ARQ. SASKIA A. GARCIA-GODOY M. | 809-563-2007 | 809-729-3080 | alexandraggodoy@hotmail.com. | Santo Domingo |
| 298 | ARQ. JOSE FCO .SANCHEZ DIAZ | 809-582-9686 | 809-971-6134 | | Santiago |
| 300 | ARQ. MANUEL ISMAEL DIAZ MELO | 809-522-4989 | 809-697-0019 | diazmelo@hotmail.com | Bani |
| 301 | LIC. ALFREDO JOSE REYES BADIA | 809-575-7388 | 809-996-1053 | thaniaurenia@hotmail.com | Santiago |
| 303 | ING. ARTURO ALF. LIRANZO MEDINA | 809-246-5067 | 809-350-6969 | artuli24@hotmail.com | San Pedro de Macorís |
| 304 | AGRIM. JOSE IGNACIO MOREL RODRIGUEZ | 809-528-6055 | 809-481-7968 | jomoro643@hotmail.com | San Cristobal |
| 308 | ING. CHERY B. VICTORIA Fernández | 809-481-6201 | 809-481-6201 | chery-vic@hotmail.com | San Fco. Macorís |
| 309 | ING. GUILLERMO ANTONIO MERCADO CASTILLO | 809-574-4650 | 809-697-8342 | gam10156@gmail.com | Jarabacoa |
| 323 | ING. FRANCISCO LIVIO DE LEON AMPARO | 809-685-7285 | 809-962-0662 | fcodeleon@gmail.com | Santo Domingo |
| 324 | ING. ONEL DIVANNYS PEÑA ARISTY | 809-686-3176 | 809-330-6177 | onelpenaaristy@claro.net.do | Santo Domingo |
| 329 | ING. NESTOR LUCIA DE LEON SUZAÑA | 809-227-6582 | 809-707-4127 | nestdl@hotmail.com | Santo Domingo |
| 340 | ARQ. PEDRO E. NUÑEZ VASQUEZ | 809-472-4743 | 809-330-7380 | penv21@hotmail.com | Santo Domingo |
| 342 | TEC. LUIS ADOLFO GOMEZ CUESTA | 809-528-9479 | 809-628-6969 | tasadorgomez@hotmail.com | San Cristobal |
| 349 | LIC. JOSEHIN QUIÑONES ACOSTA | 809-295-3888 | 809-842-3791 | | Santiago |
| 354 | ING. EUCLIDES R. SANCHEZ TAVAREZ | 809-541-8356 | 809-763-5433 | | La Vega |
| 369 | ING. JOSE ALFONSO HO MARTINEZ | | 809-583-5102 | hobello@codetel.net.do | Santiago |
| 371 | ING. SILVIO ANT. DURAN RODRIGUEZ | | 809-583-3558 | | Santiago |
| 373 | ING. LEONARDO FELIPE REYES MADERA | 809-572-5567 | 809-753-6250 | leoreyma@hotmail.es | Valverde, Mao |
| 376 | TEC. RICARDO A. RODRIGUEZ HIDALGO | 809-214-7777 | 809-714-7777 | colegio77@hotmail.com | Santiago |
| 378 | AGRON. FEDERICO A. THOMAS BAEZ | 809-580-0038 | 809-669-2629 | | Santiago |
| 384 | ING. ERIC YOHON MERCEDES R. | | 809-576-2680 | | Santiago |
| 393 | AGRIM. INOCENCIO A. BELGAR M. | 809-522-8662 | 809-522-6482 | | Bani |
| 407 | AGRON. RAMON R. SALAZAR CERDA | 809-825-6200 | 809-752-5441 | chirasorasa@hotmail.com | Santiago |



# INSTITUTO DE TASADORES DOMINICANOS, INC.
### MIEMBRO DE LA UNION PANAMERICANA DE ASOCIACIONES DE VALUACION (UPAV)

## MIEMBROS HABILES
### 13 DE SEPTIEMBRE DEL 2011

Queremos hacer del conocimiento a las Instituciones Financieras,
Gubernamentales, Bancos, Inmobiliarias, y a todo aquel que use los servicios
profesionales de los Valuadores, el listado de aquellos que están actualmente
en ejercicio y han cumplido con las obligaciones requeridas por esta Institución.

Los miembros que deseen actualizar o modificar sus datos generales como: teléfono, celular, fax, email, etc.
favor de enviarlo al: itado@itado.com.do o llamar al 809-542-2548

www.itado.com.do

| Membresia No. | Nombres | Teléfonos | Celular | Email | Ciudad |
|---|---|---|---|---|---|
| 410 | ING. ELVIS ENRIQUE YUNES MEDINA | 809-243-3161 | 829-521-9173 | eyunes@bhd.com.do | Santo Domingo |
| 420 | ING. PEDRO ARMANDO VARGAS MATOS | 809-753-5245 | 809-753-5245 | horacois2901@hotmail.com | Barahona |
| 422 | DR. JUAN FABIO LOPEZ FRIAS | 809-584-3266 | 809-227-8369 | j.lf61@gmail.com | Nagua |
| 424 | ARQ. CARLOS A. ASENCIO CALCAÑO | 809-529-2979 | 809-223-5585 | carlos@acasard.com.do | San Pedro de Macorís |
| 427 | ING. RAFAEL ENRIQUE GUZMAN UBRI | 809-522-7818 | 809-299-4680 | ubri_ingenieria.s.a@hotmail.es | Bani |
| 437 | AGRON. EDDY REY PEREZ MERCEDES | 809-971-7000 | 809-343-2123 | | Santiago |
| 439 | LIC. PEDRO ENRIQUILLO SOÑE LORA | 809-882-3092 | 809-882-3092 | pedro.sone@codetel.net.do | Santo Domingo |
| 452 | ARQ. RADY ERNESTO CEDANO CASTILLO | 809-554-5621 | 809-299-0113 | conceca@hotmail.com | Higüey |
| 453 | AGRON. PABLO ANT. FERNANDEZ CRUZ | 809-275-1634 | 829-404-8222 | | Santiago |
| 455 | ING. AGRON. LUIS ALFREDO MEJIA ORTIZ | 809-960-4391 | 809-961-9906 | | Santo Domingo |
| 457 | AGRIM. JOSE LORENZO VARONA LEDESMA | 809-383-5760 | 809-383-5760 | agrim.varona@hotmail.com | Santo Domingo |
| 464 | LIC. DALIDO DE JS CASTILLO VASQUEZ | 809-685-1795 | 809-707-0370 | dc.consulta@codetel.net.do | Santo Domingo |
| 467 | ING. AGRON. CECILIO ANTONIO ALVAREZ SUAZO | 809-370-5398 | 809-370-5398 | alvasuazo@hotmail.com | Mao |
| 469 | LIC. GERALDO MIGUEL SUZAÑA G. | 809-873-7474 | 809-223-6674 | gesu_33@hotmail.com | San Juan |
| 485 | AGRON. LUCIANO FELIX DIAZ TEJADA | 809-583-5979 | 809-757-9540 | fdasefin@yahoo.es | Santiago |
| 486 | ING. ENRIQUE TEJEDA MONTILLA | 809-550-2566 | 809-224-4228 | tegemon@codetel.net.do | La Romana |
| 487 | ING. DANILO MAÑANA FLORIMON | 809-550-2566 | 809-697-1756 | tegemon@codetel.net.do | La Romana |
| 489 | ING. AGRON. JAIME DE JESUS GARCIA TIO | 809-491-1950 | 809-491-1950 | jaime.garciat@gmail.com | Santo Domingo |
| 491 | ING. JOSE ELPIDIO MENDEZ MIR | 809-481-1684 | 809-481-1684 | mendezm4@hotmail.com | Santo Domingo |
| 495 | ARQ. DOMINGO LUNA | 809-583-1280 | 809-645-1280 | chubasco17@hotmail.com | Santiago |
| 501 | ING. AGRON. LUIS EMILIO FROMETA PUELLO | 809-736-0771 | 809-710-8352 | lfrometa@hotmail.com | Santiago |
| 515 | ING. FREDDY FLORIAN LARA FELIPE | 809-563-7378 | 809-882-9870 | freddylarafelipe@gmail.com | Santo Domingo |
| 529 | LIC. JOSE A. VICTORIANO MORENO | 809-412-8658 | 809-664-3577 | | Santo Domingo |



# INSTITUTO DE TASADORES DOMINICANOS, INC.
### MIEMBRO DE LA UNION PANAMERICANA DE ASOCIACIONES DE VALUACION (UPAV)

### MIEMBROS HABILES
### 13 DE SEPTIEMBRE DEL 2011

Queremos hacer del conocimiento a las Instituciones Financieras,
Gubernamentales, Bancos, Inmobiliarias, y a todo aquel que use los servicios
profesionales de los Valuadores, el listado de aquellos que están actualmente
en ejercicio y han cumplido con las obligaciones requeridas por esta Institución.

Los miembros que deseen actualizar o modificar sus datos generales como: teléfono, celular, fax, email, etc.
favor de enviarlo al: **itado@itado.com.do** o llamar al **809-542-2548**

www.itado.com.do

| Membresia No. | Nombres | Teléfonos | Celular | Email | Ciudad |
|---|---|---|---|---|---|
| 536 | ING. AGRIM. JOSE ML. MATEO CALDERON | 809-554-0435 | 809-223-6087 | jmlmateo30@hotmail.com | Higüey |
| 539 | ING. GUSTAVO A. ORTEGA CORDERO | 809-472-1565 | 809-224-8259 | gustavo.ortega@bdo.com.do | Santo Domingo |
| 548 | ING. ALVARO JOSE SANCHEZ COLUMNA | 809-540-3224 | 809-224-6112 | a.schez@claro.net.do | Santo Domingo |
| 553 | ING. RAMON ANT. TELLERIAS RAMIREZ | 809-246-3900 | 809-862-9188 | tellerias_nunez@hotmail.com | San Pedro de Macorís |
| 556 | ING. RAMON TORRES SPENCER | 809-282-4328 | 809-282-4328 | ingtorres30@hotmail.com | San Pedro de Macorís |
| 561 | ING. JOSE A. CHEVALIER RAMIREZ | 809-526-6408 | 809-669-7782 | ing.chevalier@gmail.com | San Pedro de Macorís |
| 562 | ARQ. RAMON ANT. ECHAVARRIA PEGUERO | 809-529-7815 | 809-545-6498 | tonyechavarria23@hotmail.com | San Pedro de Macorís |
| 565 | ING. GIOVANNA TERESITA RODRIGUEZ AGUILO | 809-529-1258 | 809-440-2071 | ing_teresitarodriguez@hotmail.com | San Pedro de Macorís |
| 572 | ING. AGRON. NELSON YVAN HART CAPELLAN | 809-586-1752 | 809-586-2518 | | Puerto Plata |
| 580 | LIC. JOSE LUIS ETANISLAO GONZALEZ | 809-429-8961 | 809-697-3165 | jose_etanislao@hotmail.com | Santo Domingo |
| 593 | ING. RAMON C. SEHUOERER DE LUNA | 809-533-8341 | 809-805-0854 | rsehuoeror@hotmail.com | Santo Domingo |
| 599 | ARQ. CARLOS O. DOMINGUEZ SALCEDO | 809-333-7256 | 809-973-7580 | carlos10dominguez@yahoo.com | Santo Domingo |
| 612 | ING. JOSE F. RIJO GARCIA | 809-552-3990 | 809-707-9140 | | El Seibo |
| 613 | ARQ. OCTAVIO ALB. KIDD SALAZAR | 809-686-2332 | 809-851-5675 | kidd.octavioa@gmail.com | Santo Domingo |
| 619 | ING/AGRIM. FAUSTO M. GUZMAN PEREZ | 809-578-0580 | 809-306-7170 | ingfaustoguzman@hotmail.com | Moca |
| 620 | ING. FABIO E. GARCIA MOLINA | 809-522-5000 | 809-753-5000 | fabiogarcia20_30@hotmail.com | Bani |
| 624 | LIC. FERNANDO E. RAMIREZ VILLANUEVA | 809-530-8875 | 809-697-6974 | fer.dumar@codetel.net.do | Santo Domingo |
| 625 | ING. DANNYS A. ARIAS DE JESUS | 809-307-0986 | 809-620-2526 | inarta_sa@claro.net.do | Santo Domingo |
| 629 | ING. BACILIO ANT. GOMEZ BATISTA | 809-788-5580 | 809-610-8469 | baciliogomez4@hotmail.com | Santo Domingo |
| 633 | LIC. JOSE ALFREDO PEÑA VENTURA | 809-532-8513 | 809-252-1869 | josepena36@gmail.com | Santo Domingo |
| 641 | LIC. NURY M. MATIAS ANTONIO | 809-244-1808 | 809-753-9996 | matiasantonio_asoc@hotmail.com | San Fco. Macorís |
| 642 | ING. NEY LEONIDAS GONZALEZ OBJIO | 809-522-8881 | 809-399-8881 | neygonzalez01@hotmail.com | Bani |
| 643 | AGRIM. DARQUIS CADENA SANTANA | 809-696-3407 | 809-696-3407 | dalquiscadena@yahoo.com | Santo Domingo |

 **INSTITUTO DE TASADORES DOMINICANOS, INC.**
MIEMBRO DE LA UNION PANAMERICANA DE ASOCIACIONES DE VALUACION (UPAV)

### MIEMBROS HABILES
### 13 DE SEPTIEMBRE DEL 2011

Queremos hacer del conocimiento a las Instituciones Financieras,
Gubernamentales, Bancos, Inmobiliarias, y a todo aquel que use los servicios
profesionales de los Valuadores, el listado de aquellos que están actualmente
en ejercicio y han cumplido con las obligaciones requeridas por esta Institución.

Los miembros que deseen actualizar o modificar sus datos generales como: teléfono, celular, fax, email, etc.
favor de enviarlo al: **itado@itado.com.do** o llamar al **809-542-2548**

**www.itado.com.do**

| Membresia No. | Nombres | Teléfonos | Celular | Email | Ciudad |
|---|---|---|---|---|---|
| 644 | ING. SANTIAGO RIVERA SORIANO | 809-534-0406 | 809-697-1945 | santiagoriveras@hotmail.com | Santo Domingo |
| 645 | DR. SEGUNDO J. VALDES | 809-435-6144 | 809-218-6254 | svaldes02@hotmail.com | Santo Domingo |
| 649 | LIC. NAZARETH VENTURA DE GARCIA | 809-537-0113 | 809-212-6472 | pamgy_047@hotmail.com | Santo Domingo |
| 650 | ING. JULIO DAMIAN JIMENEZ TATIS | 809-241-4744 | 809-757-7426 | jjtatis@banreservas.com | Santiago |
| 651 | ING. JORGE LUIS SUAREZ DEL ORBE | 809-482-6022 | 809-224-1921 | j14suarez@hotmail.com | Santo Domingo |
| 653 | ING. LADISLAO BELTRE FERNANDEZ | 809-557-2362 | 829-806-2198 | beltrefernandez@hotmail.com | San Juan |
| 661 | ING. AGRON. JULIO CESAR RAMIREZ PUJOLS | 809-558-2250 | 829-333-4777 | ing.jucerapu@hotmail.com | Santo Domingo |
| 664 | ING. JOSE ALEXIS BREA SOTO | 809-476-9650 | 809-224-2621 | a.brea@codetel.net.do | Santo Domingo |
| 668 | ING. FEDERICO A. DE LOS SANTOS LAGRANGE | 809-535-8088 | 809-878-2060 | fsantos_lagrange20@hotmail.com | Santo Domingo |
| 677 | ING. MIGUEL ANT. LOPEZ PAULINO | 809-578-1267 | 809-758-1285 | mickeylopez@hotmail.com | Moca |
| 682 | ING. EDDY RAMON PHIPPS | 809-881-9126 | 809-881-9126 | eddyphipps@codetel.net.do | Santo Domingo |
| 685 | ING. AGRON. JESUS RIJO GUZMAN | 809-554-2588 | 809-628-3150 | | Higüey |
| 691 | ARQ. WELLINGTON SALAZAR | 809-753-7298 | | | San Pedro de Macorís |
| 696 | ING. JUAN BAUTISTA BAEZ | 809-579-8428 | 809-454-9874 | seprotasa@hotmail.com | Dajabon |
| 697 | LIC. SATURNINA NUÑEZ DE MENA | 809-533-3664 | 809-440-3557 | satur_nina@hotmail.com | Santo Domingo |
| 700 | ING. FLAVIO ENRIQUE GARCIA PEREZ | 809-246-3377 | 809-757-3919 | flavio_garcia20@hotmail.com | San Pedro de Macorís |
| 701 | LIC. CARLOS JOAQUIN GARCIA MENA | 809-533-3664 | 809-449-3666 | info@cg.com.do | Santo Domingo |
| 708 | ARQ. EVA ORIETTA PERALTA TUMA | 809-541-6565 | 809-299-9198 | evaperalta@hotmail.com | Santo Domingo |
| 711 | ING. ENRIQUE J. ISIDOR MEDINA | 809-579-3232 | 809-878-5156 | ejisidor@hotmail.com | Montecristy |
| 712 | AGRIM. JOSE NICANOR DILONE ALVARADO | 809-584-7051 | 809-868-0957 | jndilone@hotmail.com | Nagua |
| 713 | ING. ROMILIO HERASME VARGAS | 809-554-7714 | 809-755-5352 | romilioherasme@hotmail.com | Higüey |
| 714 | ING. FAUSTO ESCARRAMAN H. | 809-558-2548 | | | San J. de Ocoa |
| 717 | ING. RAMON E. NEGREIRA CASTILLO | 809-334-1157 | 829-344-4127 | neycasa@gmail.com negreira.ramon@codetel.net.do | Santo Domingo |



# INSTITUTO DE TASADORES DOMINICANOS, INC.
MIEMBRO DE LA UNION PANAMERICANA DE ASOCIACIONES DE VALUACION (UPAV)

## MIEMBROS HABILES
### 13 DE SEPTIEMBRE DEL 2011

Queremos hacer del conocimiento a las Instituciones Financieras,
Gubernamentales, Bancos, Inmobiliarias, y a todo aquel que use los servicios
profesionales de los Valuadores, el listado de aquellos que están actualmente
en ejercicio y han cumplido con las obligaciones requeridas por esta Institución.

Los miembros que deseen actualizar o modificar sus datos generales como: teléfono, celular, fax, email, etc.
favor de enviarlo al: **itado@itado.com.do** o llamar al **809-542-2548**

www.itado.com.do

| Membresia No. | Nombres | Teléfonos | Celular | Email | Ciudad |
|---|---|---|---|---|---|
| 718 | ING. SANTIAGO OCTAVIO BERAS LOPEZ | 809-583-2078 | 809-519-4041 | santiagoberas@gmail.com | Santiago |
| 719 | ING. RAMON E. FAMILIA HERNANDEZ | 809-723-5856 | 809-723-5856 | refamilia@gmail.com | Santiago |
| 720 | ING. MIGUEL AMAURY MARTINEZ VARGAS | 809-724-3770 | 809-817-6640 | mig_martinez80@hotmail.com | Santiago |
| 724 | ING. AGRON. CONRADO OTONIEL MARTINEZ CASTILLO | 809-521-1562 | 809-889-5708 | tasothoniel@hotmail.com | Azua |
| 731 | ING. RUBEN GOMEZ POU | 809-532-7566 | 809-399-1187 | gomez.pou@claro.net.do | Santo Domingo |
| 732 | ING. HECTOR FCO. DOUCOUDRAY L. | 809-554-5302 | 809-767-1672 | | Higüey |
| 733 | ING. JOHANNY DAMIAN GUZMAN GARCIA | 809-584-7946 | 809-753-4024 | guzmanjohanny@hotmail.com | Nagua |
| 735 | ING. ANA FELICIA ALMANZAR | 809-573-4051 | 809-753-2425 | valuar2010@hotmail.com | La Vega |
| 738 | ING. FELIX RAMON PEREZ PHILLIPS | 809-563-3951 | 849-354-7288 | tasainsp1@gmail.com | Santo Domingo |
| 741 | ING. CESAR ERNESTO GUERRERO RAMIREZ | 809-455-1105 | 809-399-2471 | cesar.g.r@hotmail.com | Higüey |
| 744 | ING. TEOFILO TEJEDA PUELLO | 809-528-3549 | 809-350-1297 | tejedapuello@hotmail.com | San Cristobal |
| 746 | ING. JUAN FRANCISCO CHARLES SANTANA | 787-977-0403 | 787-453-1325 | charless@caribe.net | Puerto Rico |
| 751 | ING. AGRON. JUAN SUAREZ BAUTISTA | 809-573-2452 | 809-798-9432 | | La Vega |
| 752 | ARQ. ALEJANDRO MARTINEZ CARRASCO | 809-971-1893 | 809-727-1034 | arqacarrasco@gmail.com | Santiago |
| 754 | ING. ANTONIO GUARIONEX LORA NIEMEN | 809-599-3208 | 809-768-2778 | tasalora@hotmail.com | Santo Domingo |
| 755 | ING. PEDRO JULIO AVILES FELIZ | 809-425-3193 | 809-425-3193 | pjaviles13@hotmail.com.do | Santo Domingo |
| 757 | ING. HENRY ANT. ALMONTE DILONE | 221-9111 ext.3659 | 809-764-3000 | h.almonte@bancentral.gov.do | Santo Domingo |
| 759 | ING. ALBANY RHADAMES JIMENEZ QUEZADA | 809-5212936 | 809-697-1006 | albanyjimenezgmail.com | Azua |
| 760 | ING. IDALIZA SANTANA RUIZ | 809-223-8779 | | | Higüey |
| 777 | ING. ELIAS ANT. SANTANA GERMAN | 809-529-7598 | 809-343-8406 | esantana.ing@gmail.com | San Pedro de Macorís |
| 782 | ING. ANGEL VIDAL TRONCOSO | 809-753-1703 | | | San Pedro de Macorís |
| 783 | ING. ROMULO FCO. GUZMAN RODRIGUEZ | 809-548-8633 | 809-705-0507 | rómuloguzmán66@yahoo.com | Santo Domingo |
| 786 | ING. FRANK OLIVER BAEZ BLANDINO | 809-732-3619 | 809-760-7131 | ing_baezblandino@yahoo.es | Bani |

 **INSTITUTO DE TASADORES DOMINICANOS, INC.**
MIEMBRO DE LA UNION PANAMERICANA DE ASOCIACIONES DE VALUACION (UPAV)
ITADO

### MIEMBROS HABILES
### 13 DE SEPTIEMBRE DEL 2011

Queremos hacer del conocimiento a las Instituciones Financieras,
Gubernamentales, Bancos, Inmobiliarias, y a todo aquel que use los servicios
profesionales de los Valuadores, el listado de aquellos que están actualmente
en ejercicio y han cumplido con las obligaciones requeridas por esta Institución.

Los miembros que deseen actualizar o modificar sus datos generales como: teléfono, celular, fax, email, etc.
favor de enviarlo al: **itado@itado.com.do** o llamar al **809-542-2548**

**www.itado.com.do**

| Mombresia No. | Nombres | Teléfonos | Celular | Email | Ciudad |
|---|---|---|---|---|---|
| 787 | ING. BERKY DEL PILAR LIRIANO DE PACHECO | 809-553-2506 | | | San Pedro de Macorís |
| 788 | ING. CESAR JULIO PACHECO | 809-553-2506 | 809-553-4093 | | San Pedro de Macorís |
| 792 | ING. JOAQUIN ALB. MELO VILLAR | 829-878-4444 | 829-878-4444 | joaquinmelo@hotmail.com | Bani |
| 798 | ING.LEONCIO N. RIJO MELENDEZ | 809-915-4720 | 809-915-4720 | ing.rijomelendez23@hotmail.com | Santo Domingo |
| 803 | ING. YINES MERCEDES PEÑA UREÑA | 809-399-6880 | 809-399-6880 | ym_pena@yahoo.es | San Pedro de Macorís |
| 805 | ING. JOCELYN ORTIZ CAMPOS | 806-563-8452 | 829-340-9410 | jocelyncortiz@gmail.com | Santo Domingo |
| 806 | ARQ. HADZAEL GOMEZ VASQUEZ | 809-241-6078 | 809-281-3273 | chaoyuli@hotmail.com | Santiago |
| 807 | LIC. FELIX RIJO CASTILLO | 809-554-2315 | 809-399-9157 | | Higüey |
| 810 | ING. FRANK HERNANDEZ GUIROLA | 809-960-7544 | 809-846-3399 | fhguirola@banreservas.com | Santo Domingo |
| 818 | ING. ROSA CRISTINA DE PEÑA OLIVARES | 809-535-8273 | 809-860-3332 | rosacdepena@gmail.com | Santo Domingo |
| 825 | ING. RAFAEL RUPERTO MEDINA MARTINEZ | 809-532-6038 | 809-753-9569 | r.meddina@hotmail.com | Bani |
| 826 | ING.FRANK NICOLAS OLIVARES RAMIREZ | 809-732-2036 | 809-519-2744 | olivares141@hotmail.com | Santo Domingo |
| 829 | ING.GIOVANNI ANT. PEREZ DIAZ | 809-388-6541 | 809-481-0141 | giovanniperez49@hotmail.com | Santo Domingo |
| 830 | ING.SAMUEL AUGUSTO PEÑA SANTOS | 809-245-9911 | 809-543-8082 | samuelpena55@hotmail.com | Santo Domingo |
| 831 | ING. OMAR JOSE PABLO GARCIA | 809-533-1161 | 809-519-2616 | omarjpablo@gmail.com | Santo Domingo |
| 834 | ING. ANA ISABEL PEREZ JIMENEZ | 809-547-8560 | 809-966-8126 | anapeji@hotmail.com | Santo Domingo |
| 836 | ING. AUGUSTO VICTOR SALADIN PERROTTA | 809-533-5555 | 809-444-4959 | saladinaugusto@hotmail.com | Santo Domingo |
| 839 | ING. CARMEN LUZ ENRIQUETA NUÑEZ UREÑA | 809-454-7151 | 809-454-7151 | clnluz@hotmail.com | Santo Domingo |
| 843 | LIC. MARIA TERESA BAEZ FERNANDEZ | 809-769-3131 | 809-769-3131 | | Santo Domingo |
| 844 | LIC. NICOLAS RECIO DEL ORBE | 809-328-6686 | 809-399-4166 | reciodelorbe@hotmail.com | Santo Domingo |
| 845 | LIC.HECTOR JULIO SANCHEZ ROSO | 829-830-5847 | 829-830-5847 | | Azua |
| 846 | LIC. SANDRA EDUVIGIS ASILIS CHALJUB | 809-970-7772 | 809-543-7585 | sandrasilis@hotmail.com | Puerto Plata |
| 847 | ING. FAUSTO DE LOS SANTOS FELIPE AMEZQUITA | 809-539-2434 | 809-796-9825 | f.felipe.5@hotmail.com | Santiago Rguez. |

 **INSTITUTO DE TASADORES DOMINICANOS, INC.**
MIEMBRO DE LA UNION PANAMERICANA DE ASOCIACIONES DE VALUACION (UPAV)

**ITADO**

### MIEMBROS HABILES
### 13 DE SEPTIEMBRE DEL 2011

Queremos hacer del conocimiento a las Instituciones Financieras,
Gubernamentales, Bancos, Inmobiliarias, y a todo aquel que use los servicios
profesionales de los Valuadores, el listado de aquellos que están actualmente
en ejercicio y han cumplido con las obligaciones requeridas por esta Institución.

Los miembros que deseen actualizar o modificar sus datos generales como: teléfono, celular, fax, email, etc.
favor de enviarlo al: **itado@itado.com.do** o llamar al **809-542-2548**

**www.itado.com.do**

| Membresia No. | Nombres | Teléfonos | Celular | Email | Ciudad |
|---|---|---|---|---|---|
| 848 | ING. JULIO CESAR ISIDOR MEDINA | 809-399-6021 | 809-399-6021 | jc.isidor@gmail.com | Monte Cristi |
| 849 | ING. PABLO BERNARD CABRERA PEREZ | 809-578-0222 | 829-380-9272 | pablo2.cabrera@gmail.com | Moca |
| 851 | ING. HECTOR YAMIL RODRIGUEZ ASILIS | 809-543-7585 | 809-543-7587 | yamil_rodriguez1987@hotmail.com | Puerto plata |
| 852 | LIC. ALICIA CEDEÑO DEL ROSARIO | 809-399-9438 | 809-399-9438 | lic.alicia_cedeno@hotmail.es | Higuey |
| 854 | ING. NORIS M. GOMEZ GUZMAN | 809-578-0222 | 829-970-8307 | mimshagg@hotmail.com | Moca |
| 855 | ING. RAQUEL ALT. ABREU TABAR | 809-569-6405 | 809-998-5317 | tabar_r@hotmail.com | Santo Domingo |
| 856 | ING. MAGDALIZA NEGREIRA URBAEZ | 809-334-1157 | 809-883-0211 | magda.negreira@gmail.com | Santo Domingo |
| 857 | ING. JOSE RAFAEL AQUINO RIVAS | 809-529-0420 | 809-818-0272 | ing_jaquinor@hotmail.com | San Pedro de Macorís |
| 858 | LIC. EMILIO JOSE FURNIEL VICTORIANO | 809-620-2116 | 809-603-6388 | emilk_19@hotmail.com | Santo Domingo |
| 859 | LIC. GILBERT ULISES JIMENEZ MARQUEZ | 809-240-1515 | 809-803-0914 | ulisesjm_5@hotmail.com | Santo Domingo |
| 860 | ING. LEONORA MORA ROSARIO | 809-551-3091 | 829-963-4612 | leonoramora07@hotmail.com | Monte Plata |
| 861 | DR. CLAUDIO ALBERTO WINTER CASTILLO | 809-688-9364 | 809-858-4610 | darquiscadena@yahoo.com | Santo Domingo |
| 862 | ARQ. MIGUEL ARTURO DIAZ ABREU | 809-544-5863 | 809-330-8292 | m_adiaz@hotmail.com | Santo Domingo |
| 863 | ING. RANDY WILLIAMS RAMIREZ LEVY | 809-482-4751 | 809-330-3405 | randyramirezlevy@gmail.com | Santo Domingo |
| 864 | LIC. RICARDO AUGUSTO SANCHEZ MUÑOZ | 809-864-2544 | 809-864-2544 | ricardosanchezml@hotmail.com | Santo Domingo |
| 865 | ING. JOSE DANIEL MONTALVO PEREZ | 809-873-2727 | 809-873-2727 | jdmontalvo@hotmail.com | Santiago |
| 866 | ARQ. CARLOS RADOVICH PEREZ PICHARDO | 809-757-9571 | 809-971-2053 | arqui-c@hotmail.com | Santiago |

**EXHIBIT C**

Case 1:02-cv-02363-BMC-JMA   Document 394   Filed 02/18/12   Page 24 of 68 PageID #: 4717

## Joseph Berov

| | |
|---|---|
| **From:** | "Donald Bergueron" <donal01@codetel.net.do> |
| **To:** | <josephberov@optonline.net> |
| **Cc:** | <jason@villa-castellamonte.com> |
| **Sent:** | Thursday, July 05, 2007 6:57 PM |
| **Subject:** | three rivers cuotes from Donald |

Dear Joseph

Jason has asked me to make estimates of the work on the the three rivers project, to help give you an idea of the price , here are the quotes these may well change has i dont have the details yet.

Clearing of the land
For the roads where the kiosks, (gazibos), bars, restaurants and others are , but not including cleaning all the lots , may be around  40000.00us

infrastructure
Roads to be 7 meters wide, for the first step to take off top soil and put caliche (a kind of gravel that is used to prepare the road base) I have calculated 45.00us per lineal metre
For the second phase (after a year more or less) it will need another 30 cm of caliche at 30.00us per lineal meter. The total should be about 320000.00 us

Water and septic tanks
I asume each lot will have their own septic tank so we dont have to pump everything to a treatment plant.  For the water supply you will need different wells and cisterns, if it is not deeper than 150 feet for the wells we can use solar pump which is much easier.  First case we can use wells and cisterns, so we need to figure out where we will put them, each one will cost 25,000.00 and 40,000.00us for conecting to each lot  in total 140,000.00us

Security gate, gazibos, rain cover,restaurants etc.  75,000us

Buildings , Horses stables, restaurant, adimistration and deposit about 250,000.00us for more or less like the skcetches.

Childrens play area
5000.00us

Artificial  laguna
20,000.00us

Electricity
If it is to come from the street supply
underground 60.00us per lineal meter x 4 km = 120,000.00us, and the transformers will cost 24,000.00 = 274,000.00us

Form above the air 30.00us per lineal meter x 4 km = 120,000.00us and the transformers will cost 12,000.00us = 132,000.00us

| So to recap | |
|---|---|
| Cleaning the land | 40,000.00 |
| infrustructure | 320,000.00 |
| Water | 140,000.00 |
| Security gate etc.. | 75,000.00 |
| Buildings | 250,000.00 |
| Childrens park | 5,000.00 |
| Artificial laguna | 20,000.00 |

7/7/2007

Case 1:02-cv-02363-BMC-JMA   Document 394   Filed 02/18/12   Page 25 of 68 PageID #: 4718

Electircity under ground      274,000.00
     * in the air      132,000.00 *

TOTAL           1,124,000.00us
           *  982,000.00us


Hope this helps see you 9.45 am Sunday in my office

Best regards
Donald



7/7/2007



# JULIO ALFONSO RIVERA LEE.
## ARCHITECH

CARRETERA LUPERÓN, PUJOLS BUILDING, APARTMENT: 4-B. SANTIAGO, DOM REP
Telephone: (809)276-4569 • Cell Phone (809)902-0194, Email: jriveralee@hotmail.com

# Professionals Expenses

1) **Urbanism and Architecture of the project**:
   A=366,073.74m2. x $15.00=                    **$5,491,106.10**
   (See reach of the project, first stage)

2) **Road engineering of the Project**:
   A=366,o73.74mts2 x $1.50 =                    **$549,110.61**
   Includes:  cross-sectional sections all along of the axis of road selected.
      Measures of the volume of the cuts and the fillings that may appear,
      The designs y measures of the road & the CAD drawings.

3) **Electric engineering of the project**:
   A= 366,073.74 mts2 x $2.00=                   **$732,147.48**
   Includes: The electric design entails everything regarding electrical provision
      Thought the area that will be urbanize, also includes the electrical
      blueprints

4) **drainage and hydraulic engineering**:
   A=366,074.74 mts2 x $2.00 =                   **$732,147.48**
   Includes: designs of the supplying system of potable water, as well its distribution
      in all the urbanized area. Also technical specifications regarding the
      provision networks, and their measures. Technical blueprints of the
      deposit regulator that will be use in the project.

5) **Specialized Studies Demanded By SEOPC. For The Approval of the Project.**

6) **Study of ground's mechanic:**                              **$650,000.00**

In the areas where the existence of caverns has relation with the street, the lots or the common project.

B) **Study of environmental impact of the project:**      **$850,000.00**

It is a document given by la Secretaría de Recursos Naturales y Medio Ambiente, by means of which certifies that the project or considered activity has produced and presented the study of evaluation of environmental impact, according to the established norms and requirements; it is the instrument of environmental management formed by the set of procedures, technical studies and systems that allow to consider the effects that the execution of a project can cause on the environment.

**Technical designs cost:**              **$9,004,511.67**
                                          **US $272,863.99 Dollars**

**The taxes to pay to each one of the institutions of the state, are not contemplated within the costs of the expenses.**

**Julio Alfonso Rivera Lee, Architect, Codia No. 8738**

**EXHIBIT D**

TRULINCS 41117053 - BEROV, JOSEPH - Unit: BRO-C-A
--------------------------------------------------------------------------------------------

FROM: 41117053
TO:
SUBJECT: CARIBBEAN PARADISE SENIOR RESORTS.
DATE: 11/27/2011 01:50:06 PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------
CLOSE-UP INTERNATIONAL, INC, et,al,.

                    Plaintiff(s);

vs.                                           Docket No:  02-CV-2363
                                              Brian M. Cogan, U.S.D.C.J.

JOSEPH BEROV, et, al,.

                    Defendant(s)
------------------------------------------------


                    CARIBBEAN PARADISE SENIOR RESORTS
        LIMITED PROPERTY TRANSFER AGREEMENT & AND TIME DATED QUIT CLAIM


        COMES NOW THE DEFENDANT Joseph Berov, acting pro-se, as the sole stockholder, of all the shares in a
Dominican Corporation known as _____ a no-par common value corporation formed according to the laws of the
_____ as owner and operator of Caribbean Paradise Senior Resorts, and in support of a settlement in the above
captioned matter hereby transfers on a limited basis pursuant to the terms and conditions set forth infra, to the the plaintiff,
CLOSE-UP INTERNATIONAL. INC, a first position claim on all right, title and interest in all of the _____ corporation
shares, that shall take effect if the provisions of the this agreement are not fully satisfied with 24 months from the date of the
defendants  release from prison.

        The sole asset of _____ Corporation _____ is 100 acres of real estate located within
_____Province (District) in the Town of _____ Dominican Republic.

        The property description is as follows:

        (A) 100 acres of development real estate.

        (B)  The property fronts the Atlantic Ocean, and is surrounded by panoramic mountain views.

        (C) The current "Undeveloped" cleared land value value of the property is appraised at $3.8 Million Dollars (U.S.).

        (D)  The plaintiff has evidence of a offer from a buyer in the form of an email wherein $750,000.00 was offered for the
land prior to any work being done on the property, which was refused in lieu of a $950,000.00 demand. At the time of the offer
the property was bare farm land used for cattle grazing.

        (E)  Since the time of the offer set forth at paragraph (D) supra, over $100,000.00 has been invested in clearing the
land and preparing the plans for 80 single family homes, with attendant streets and utilities. During the feasibility studies of the
property it was discovered that multiple artesian wells were present, which greatly increased the properties value as water is a
scarce commodity in the Dominican Republic. The discovery of the artesian wells and the approval of these plans by local
authorities increases the value of the property to $1.9 Million dollars in appraised valuation.

        (F)  Upon completion of all attendant topography study, surveys and soil tests, submission of plans and land clearing
the sovereign agreed to improve the main road, at the states cost, with utility right of way to the property which increased the
appraised value of the property to $4.0 million dollars.

(G)  The Caribbean Paradise Senior Resorts plan calls the worlds first "Extended Care" resort facility for senior citizens. [There is no resort aimed at the extended care-senior citizen market in the Caribbean] The marketing plan calls for 80 units, which will be sold as fractional interests to senior citizens worldwide. The extended care resort will have 80 units which are estimated to sell as Fractional Interest Real Estate resort vacation properties. Each fractional partner will receive two weeks in perpetuity, and the holders share in the property shall be fully transferrable by the holders estate, at a purchase price of $100,000.00 for each fractional interest.

(G-1)  This property is prime resort vacation property with all homes having a clear view of the Atlantic Ocean and mountain ranges. The property is prime development land. The resort will be have dual purpose use for general population and extended care owners. There will be two swimming and play ground areas, wherein children under 12 will be limited to a single area. One area will have a specially constructed swimming, sauna, whirlpool and misting pool area accessible by wheelchairs and three wheel personal transport vehicle, common referred to as hover-rounds. The Caribbean Paradise Senior Resort will have a full range of personal services including full time 24/7, medical staff, one doctor per shift and two nurses per shift, massage and physical therapy services as well as the standard personal pampering amenities found in a typical resort setting.

## ADDITIONAL REVENUE STREAMS

(G-2)  Additional revenue streams include maintenance charges, payable in advance on an annual basis. Additionally, Fresh water is scarce on the island and plot wherein the extended care resort shall be located was discovered to contain multiple artesian wells, which will be used as a source of tanker supplied, storage system supplied and bottled water, which will support all of the resorts needs, as well as allow sale of fresh water locally resulting in addition revenue. The buyers of fractional interest will receive a deed for their individual fractional share, the deed has a covenant that any sale to a third party must be through the Caribbean Paradise Senior Resorts sales office, which carries a 6% sales fee, and any transfer to a family member as part of an estate transaction shall carry a 3% transfer fee based upon the appraised valuation at the time the transfer occurs.

## GAMING REVENUE

(G-3)  The Caribbean Paradise Senior Resort will utilize contract transportation and ticket revenue streams with recognized international flag carrier cruise lines. These cruise lines are licensed to conduct gaming aboard their ships. The Caribbean Paradise Senior Resort will receive a marketing bonus based upon ticket sales and gaming revenue increases aboard ship.  The Resort expects to have a cruise ship in port for at least 50% of all stays (Monday-Tuesday-Wednesday) in the Dominican republic which will allow additional gaming. (Note: The ships are on the water during head in and return trips to Miami Florida, on Thursday, Friday Saturday and Sunday. Ship berthing in the Dominican Republic is subject to weather conditions).

(G-4)  The Dominican Republic permits gaming within it's borders. The Caribbean Paradise Senior Resort shall construct in it's final phase a 15,000 square foot (Phase 1) casino with cards games. dice, slots and bingo. It is anticipated that at a future time expansion of the casino will be required.

(H)  Total sale price of all 80 units is TWO HUNDRED AND EIGHT MILLION DOLLARS, ($208,000,000.00). Estimated construction cost  is SIXTEEN MILLION DOLLARS ($16,000,000.00) for the homes, $6 million for improvements, and $8 million for club house and amenities and $7.5 Million for the casino ($37.5 Million Total) resulting in a gross profit of $170,500,000.00 million dollars. Commissions will be 12% to the sales force (12% of $208 Gross = $24,960,000.00) leaving a before tax net of  $145,540,000.00.

(I)  The defendant estimates construction and pre-sales will result in cash flow commencing within 6 months of the defendants release from prison. The defendant proposes to pay the plaintiff the sum of $3.0 million between the 60th and the 180th day of the defendants release. If the cash flow is not sufficient within 180 days the defendant on or before the 365th day will pay the plaintiff the sum of $3.5 million dollars. If the cash flow is not sufficient within 365 days the defendant on or before the 548th day will pay the plaintiff the sum of $4.0 million dollars. If the cash flow is not sufficient within 720 days the defendant on or before the 721st day will pay the plaintiff the sum of $5.0 million dollars or, this contract will automatically take effect as a quit claim deed transferring all right tile and interest in the _____ Corporation and the development real estate to the plaintiff in perpetuity.

(J)  IN THE EVENT THE DEFENDANT DOES NOT PERFORM OR ABSCONDS FROM THE JURISDICTION OF THIS COURT THE AUTOMATIC QUIT CLAIM SHALL TAKE EFFECT IMMEDIATELY.

TRULINCS  41117053 - BEROV, JOSEPH - Unit: BRO-C-A

--------------------------------------------------------------------------------------

(K)   The plaintiff shall have the option to elect to build their own home at their cost on a free one acre parcel provided by the defendant as part of this settlement, or the plaintiff may elect to build two Fractional Interest Units on the free one acre parcel which would result in an additional  $5.2 million dollars in valuation. [Formula: 2 FIRE units at 26 weeks in each unit at $100K per unit. $5.2 million dollars total]

(L)   The plaintiff shall have the right to inspect the developments sales records and monitor the developments financial transactions without notice.

(M)   The plaintiffs shall have dual signatory rights on the developments bank accounts until the full payment as set forth in paragraph (I) takes place at which time the plaintiffs dual signatory status shall automatically terminate.

THIS AGREEMENT SETS FORTH ALL THE TERMS AND CONDITIONS OF THE SETTLEMENT AND SHALL BE GOVERNED BY THE LAWS OF THE DOMINICAN REPUBLIC, EXCEPT AS NOTED BELOW REGARDING ARBITRATION.

ANY DISPUTE SHALL BE SUBJECT TO BINDING ARBITRATION, CONDUCTED BY THE AMERICAN ARBITRATION ASSOCIATION WITHIN THE STATE OF FLORIDA, WITH EACH PARTY RESPONSIBLE FOR THEIR OWN COSTS.

The defendant shall be released immediately upon signing this agreement.

Dated:_____2011 [RELEASE DATE]


By:_____          BY:_____
          Joseph Berov                                                 Mikhael Sheydin for
                                        CLOSE-UP INTERNATIONAL INC.


APPROVAL BY COURT:

The court having reviewed the plan set forth supra hereby approves the plan as stated and order the immediate release of defendant Joseph Berov from custody forthwith.

By:_____
          Brian M. Cogan
          United States District Court Judge.

**EXHIBIT E**

## PURCHASE AGREEMENT

BETWEEN:

On the one hand, D. Y. G., S. A., corporation organized and existing under the laws of the Dominican Republic, with its head office established in the town of Cabrera, Maria Trinidad Sanchez province, Dominican Republic with National Taxpayer Registration (RNC) No. 1-10-12504-6, duly represented herein by its special representative, Mr. JOSE FRANCISCO PEREYRA Dominican, of legal age, married, businessman, bearer of Identity Card and Electoral ¬ No. 060 0008604-8, domiciled and resident in the Map Sector Abreu, Cabrera Township, Maria Trinidad Sanchez province, Dominican Republic, according to a Resolution dated, sixteen (16) March, two thousand seven (2007) representing that society in this contrac,t hereinafter referred to as SELLER or his own business name, and,

On the other side, CORPORATION 80954, S. A., a partnership organized and existing under the laws of the Dominican Republic, residing in Duarte Street No. 2, Third Floor, town of Sosua, Province of Puerto Plata, Dominican Republic, with National Taxpayer Registration (RNC) No. duly represented by its Chairman-Administrator, Mrs. MARTHA SENA MENA, Dominican, of legal age, single, employed private, and Electoral Identity Card No. 097-0011255-1, domiciled and resident on Main Street No. (89) Sector The Castles of the city and town of Sosua, Puerto Plata Province, Republic Dominican; society that henceforth represented in this contract will as the BUYER or his own business name.

IT IS AGREED AND AGREED AS FOLLOWS:

ARTICLE ONE. - Purpose of Sale. - THE SELLER for half of this text sells, assigns and transfers to THE PURCHASER, who accepts, with all the guarantees of ordinary law, the property described herein:

A portion of land with a surface area of 600.00 (Six hundred point zero zero) plots within the scope of Parcel No. 99-A-Ref. (Ninety-Nine-A-Consolidated) of Cadastral District No. 2 (Two) of the municipality of Cabrera, with the following boundaries: North, Plot No. 99-A-Refund. (Rest), on the east, Plot No. 111 (Rest), the South, Plots Nos. 145

and 131, and to the west, Arroyo Grande, according to the provisional level of the measurement annex was signed by the parties and forming part of this contract.

ARTICLE TWO. - Justification of Ownership of THE SELLER. - SELLER justifies its right of ownership of the property described above, the record made in his favor, in accordance with the Act, as stated in the Certificate of Title No. 87-136 (Eighty Seven Hundred Thirty-Six), issued by the Registrar of Titles, Department of Nagua, dated March 2, 1999.

ARTICLE THREE. - Price.- The price of this sale has been agreed by the parties to the sum of NINE HUNDRED THOUSAND PESOS (RD $ 900,000.00), an amount for which SELLER acknowledges receipt in full to their entire satisfaction at the hands of the buyer, so this gives a receipt for the defense and settlement of such value.

ARTICLE FOUR. - Delivery. - THE SELLER has delivered THE PURCHASER on that date the property under this contract and this acknowledges having received and entered into possession of it to his entire satisfaction.

ARTICLE FIVE, Warranty. - SELLER represents and warrants in favor of the buyer as follows::

A)     SELLER owns the property under this contract, which is in its peaceful possession, according to the documentation described in Article Two of this contract;

B)     That the property has the footage and the boundaries established in Article I of this contract and agrees with the attached interim piano;

C)     hat said property is free from any charge, lien, litigation or third party rights of any nature, as well as any tax liability (Real Property Tax, etc.) and under this act passes in that condition to fair and valid PURCHASER ° title of ownership over it;

D)     That it promises to deliver to the Purchaser all documents, without exception, as may be required for formal transfer of ownership, such as Duplicate Certificate of Title that covers the sold property and certifications for proper payments to the Directorate of Internal Revenue having been fulfilled by THE SELLER.in full completion of all their tax obligations.



Paragraph: The parties recognize the essential and determining character of these representations and warranties made by SELLER, without which THE PURCHASER would not have entered into this contract , provided that THE PURCHASER may, in case they do not prove to be true or not met, perform the actions that the law authorizes.

ARTICLE SIX. - Taxes, expenses and fees. - All of the property transfer tax due under this contract, plus costs for tax documents, stamps for registration, and fees and costs of contract drafting and legalization, shall be borne by the Purchaser, it being understood, however, that SELLER will cover all expenses, taxes and fees, without exception, required to comply with its obligation under the provision (C) of Article Five of this contract, and especially, to deliver to the Purchaser, the Duplicate Certificate of Title that protects the property sold, free of all charges and encumbrances, and able to be registered with the Registrar of Titles upon completion of the transfer in favor of THE PURCHASER.

ARTICLE SEVEN. - Competent Jurisdiction and Applicable Law.- The parties agree that the competent jurisdiction to settle any dispute relating to this contract shall be in and pursuant to the applicable laws of the Dominican Republic..

ARTICLE EIGHT. - Election of Address.- For all purposes of this act and its legal consequences, notice of any judicial or extrajudicial proceeding, including bidding and payment Consignation, well as for any other purpose directly or indirectly connected with this event, the parties elect as the domicile conferring jurisdiction, the Office of the Lawyers "Guzman Ariza & Asociados", located in Duarte Street No. 2 (Third Floor) of this city and municipality of Sosua.

DONE AND SIGNED in four (4) originals of the same tenor and effect, one for each of the contracting parties, one for transfer purposes and remaining for filing by the acting notary in the city and town of Sosua, Puerto Plata Province, Dominican Republic, the twenty-three (23) days of the month of March two thousand and seven high (2007).

BY THE SELLER:                           BY THE PURCHASER:




JOSÉ FRANCISCO PEREYRA              MARTHA MENA SENA


Pig. 3 de 4

I, DR BREA JULIO ALBERTO GUZMAN, Notary Public of the town of Sosua and graduate of the College of Notaries of the Dominican Republic with certificate number 5259, and member of the Bar Association of the Dominican Republic, Bar Number 14681-64-94, with professional offices on Duarte Street, 2 (Two) (Third Floor), El Batey, of this city and municipality of Sosua CERTIFY: The above signatures were placed voluntarily in my presence by signatories FRANCISCO JOSE MENA PEREYRA and MARTHA SENA, in the manner and qualities which they are accustomed to use in their daily business, and in s before me personally here. In the town and municipality of Sosta, province of Puerto Plata, Dominican Republic, on the twenty third (23rd) day of the month of March of the year two thousand and seven (2007).



I attest

DR. JULIO ALBERTO BREA GUZMAN
Notary Public

## CONTRATO DE COMPRAVENTA

ENTRE:

De una parte, <u>D. Y G., S. A.</u>, sociedad comercial organizada y existente de conformidad con las leyes de la República Dominicana, con su domicilio social establecido en el municipio de Cabrera, provincia María Trinidad Sánchez, República Dominicana, con Registro Nacional de Contribuyente (RNC) No. 1-10-12504-6, debidamente representada por en este acto por su apoderado especial, señor JOSÉ FRANCISCO PEREYRA dominicano, mayor de edad, casado, comerciante, portador de la Cédula de Identidad y Electoral No. 060-0008604-8, domiciliado y residente en el Paraje Media Gorra de la Sección Abreu, municipio de Cabrera, provincia María Trinidad Sánchez, República Dominicana, conforme Resolución de la sociedad de fecha dieciséis (16) de marzo del año dos mil siete (2007); sociedad representada que en lo adelante en este contrato se denominará LA VENDEDORA o por su propia razón social; y,

De la otra parte, <u>CORPORACIÓN 80954, S. A.</u>, sociedad comercial organizada y existente de conformidad con las leyes de la República Dominicana, con domicilio en la calle Duarte No. 2, Tercer Piso, municipio de Sosúa, provincia de Puerto Plata, República Dominicana, con Registro Nacional de Contribuyente (RNC) No. _____, debidamente representada por su Presidente-Administrador, señora MARTHA MENA SENA, dominicana, mayor de edad, soltera, empleada privada, con Cédula de Identidad y Electoral No. 097-0011255-1, domiciliada y residente en la calle Principal No. (89) del Sector Los Castillos de esta ciudad y municipio de Sosúa, provincia de Puerto Plata, República Dominicana; sociedad representada que en lo adelante en este contrato se denominará LA COMPRADORA o por su propia razón social.

<u>SE HA CONVENIDO Y PACTADO LO SIGUIENTE:</u>

<u>ARTÍCULO PRIMERO</u>.- <u>Objeto de Venta</u>.- LA VENDEDORA por medio del presente acto vende, cede y traspasa a favor de LA COMPRADORA, que acepta, con todas las garantías ordinarias de derecho, el inmueble que se describe a continuación:

Una porción de terreno con una extensión superficial de 600.00 (Seiscientas punto Cero Cero) tareas, dentro del ámbito de la Parcela No. 99-A-Ref. (Noventa y Nueve-A-Refundida), del Distrito Catastral No. 2 (Dos) del municipio de Cabrera, con los siguientes linderos: al Norte, Parcela No. 99-A-Refund. (Resto); al Este, Parcela No. 111 (Resto); al Sur, Parcelas Nos. 145



y 131; y, al Oeste, Arroyo Grande; conforme al plano provisional de mensura anexo que ha sido firmado por las partes y que forma parte integrante del presente contrato.

ARTÍCULO SEGUNDO.- Justificación del Derecho de Propiedad de LA VENDEDORA.- LA VENDEDORA justifica su derecho de propiedad sobre el inmueble antes descrito, por el registro hecho a su favor, de conformidad con la Ley, según consta en el Certificado de Título No. 87-136 (Ochenta y Siete- Ciento Treinta y Seis), expedido por el Registrador de Títulos del Departamento de Nagua, en fecha 2 de marzo de 1999.

ARTÍCULO TERCERO.- Precio de Venta.- El precio de la presente venta ha sido convenido por las partes en la suma de NOVECIENTOS MIL PESOS (RD$900,000.00), cantidad que LA VENDEDORA reconoce haber recibido en su totalidad a su entera satisfacción de manos de LA COMPRADORA, por lo cual le otorga a ésta el correspondiente recibo de descargo y finiquito por dicho valor.

ARTÍCULO CUARTO.- Entrega.- LA VENDEDORA ha entregado a LA COMPRADORA en esta misma fecha el inmueble objeto de este contrato y ésta reconoce haberlo recibido y haber entrado en posesión del mismo a su entera satisfacción.

ARTÍCULO QUINTO.- Garantías.- LA VENDEDORA declara y garantiza en provecho de LA COMPRADORA lo siguiente:

A)   Que es propietaria del inmueble objeto de este contrato, del cual se encuentra en pacífica posesión, conforme a la documentación descrita en el Artículo Segundo de este contrato;

B)   Que dicho inmueble tiene el metraje y los linderos establecidos en el artículo primero de este contrato y coincide con el plano provisional que se anexa;



C)   Que dicho inmueble se encuentra libre de toda carga, gravamen, litigio o derechos de terceros de cualquier índole, así como de cualquier pasivo fiscal (Impuesto sobre la Propiedad Inmobiliaria, etc.) y que en virtud del presente acto traspasa en esa condición a LA COMPRADORA justo y válido título de propiedad sobre el mismo;

D)   Que se compromete a entregar a LA COMPRADORA toda la documentación, sin excepción, que fuere requerida para fines de traspaso del derecho de propiedad, tales como Duplicado del Dueño del Certificado de Título que ampara el bien vendido y las certificaciones correspondientes de la Dirección General de Impuestos Internos relativa al cumplimiento de LA VENDEDORA de sus obligaciones fiscales.

Párrafo: Las partes reconocen el carácter esencial y determinante de estas declaraciones y garantías hechas por LA VENDEDORA, sin las cuales LA COMPRADORA no hubiera contratado, quedando entendido que LA COMPRADORA podrá, en caso de que las mismas no resultaren ser verídicas o no se cumplieren, ejercer las acciones que le faculta la ley.

ARTÍCULO SEXTO.- Impuestos, Gastos y Honorarios.- Todos los impuestos de transferencia del inmueble objeto del presente contrato, impuestos sobre documentos, sellos de registro, y gastos y honorarios de redacción y legalización de contrato, serán sufragados por LA COMPRADORA, quedando entendido, sin embargo, que LA VENDEDORA cubrirá todos los gastos, impuestos y honorarios, sin excepción, requeridos para cumplir con su obligación establecida más arriba en la letra C) del Artículo Quinto de este contrato, y de manera especial, para entregar a LA COMPRADORA, el Duplicado del Dueño del Certificado de Título que ampara el inmueble vendido, libre de toda carga o gravamen y apto para ser inscrito en el Registro de Títulos correspondiente, a fines de transferencia en provecho de LA COMPRADORA.

ARTÍCULO SÉPTIMO.- Jurisdicción Competente y Ley Aplicable.- Las partes acuerdan que la jurisdicción competente para dirimir cualquier diferendo relacionado con el presente contrato será la de los domicilios de elección de las partes y que las únicas leyes aplicables serán las de la República Dominicana.

ARTÍCULO OCTAVO.- Elección de Domicilio.- Para todos los fines de este acto y sus consecuencias legales, notificación de cualquier acto judicial o extrajudicial, incluyendo los de ofertas y consignación de pago, así como cualquier otro fin relacionado directa o indirectamente con este acto, las partes eligen domicilio común atributivo de competencia en la Oficina de Abogados "Guzmán Ariza & Asociados", sita en la calle Duarte No. 2 (Tercer Piso) de esta ciudad y municipio de Sosúa.

HECHO Y FIRMADO en cuatro (4) originales, de un mismo tenor y efecto, uno para cada una de las partes contratantes, uno para fines de transferencia y restante para el archivo del notario actuante, en la ciudad y municipio de Sosúa, provincia de Puerto Plata, República Dominicana, a los veintitrés (23) días del mes de marzo del año dos mil siete (2007).

POR LA VENDEDORA:                    POR LA COMPRADORA:


_____               _____
JOSÉ FRANCISCO PEREYRA                 MARTHA MENA SENA



Yo, DOCTOR JULIO ALBERTO BREA GUZMÁN, Notario Público de los del número para este municipio de Sosúa, con matrículas del Colegio de Notarios de la República Dominicana número 5259, y del Colegio de Abogados de la República Dominicana número 14681-64-94, con estudio profesional abierto en la calle "Duarte" número 2 (Dos) (Tercer Piso), El Batey, de esta ciudad y municipio de Sosúa, CERTIFICO: Que las firmas que anteceden fueron puestas voluntariamente en mi presencia por los señores JOSÉ FRANCISCO PEREYRA y MARTHA MENA SENA, de generales y calidades que constan en el acto que figura en cabeza, personas que me han declarado que esas son las firmas que acostumbran a usar en todos sus actos.- En la ciudad y municipio de Sosúa, provincia de Puerto Plata, República Dominicana, a los veintitrés (23) días del mes de marzo del año dos mil siete (2007).



DOY FE:

DR. JULIO ALBERTO BREA GUZMÁN
Notario Público

**EXHIBIT F**



1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

----------------------------------------x

CLOSE-UP INTERNATIONAL, INC., AND

KINOVIDEOOBYEDINENIE KRUPNIY PLAN,

FEDERAL STATE UNITARY ENTERPRISE

KINOKONTSERN MOSFILM,

                                  02-Civ-2363

               Plaintiffs,        (DGT)(JMA)

    -against-

JOSEPH BEROV, NATASHA ORLOVA, THE RIGMA

AMERICA CORPORATION AND GROUP,

RUSSIAN ENTERTAINMENT AND WHOLESALE, INC.,

D/B/A ST. PETERSBURG PUBLISHING HOUSE

AND GROUP AND RUSSIAN DISTRIBUTORS, INC.,

               Defendants.

----------------------------------------x

               DEPOSITION of JOSEPH BEROV, held at the

offices of Sargoy Stein Rosen & Shapiro, Esqs., 1790

Broadway, 14th Floor, New York, New York 10019, on the

1st of July 2008, commencing at 10:45 a.m., before

Morene Korenman-Bangel, a Shorthand Reporter and

Notary Public of the State of New York, pursuant to

Court Order.

1

2    A P P E A R A N C E S:

3        SARGOY STEIN ROSEN & SHAPIRO, ESQS.

             Attorneys for Plaintiffs

4            1790 Broadway, 14th Floor

             New York, New York 10019

5

         BY: HARVEY SHAPIRO, ESQ.

6

7        ADAM RICHARDS LLC

             Attorney for Defendants

8            40 Fulton Street, 7th Floor

             New York, New York 10038

9

     ALSO PRESENT:

10

         NATALIA GANEM

11

         MICHAEL SHEYDIN

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          Joseph Berov

2         A.    I am not sure.

3         Q.    We'll say -- you have over 2 million

4    left.  Where'd the last 2 million go?

5         A.    I also wire money to Dominican Republic.

6         Q.    And what was that for?  Why did you wire

7    money to the Dominican Republic?

8         A.    To speculate on real estate, make money,

9    and pay off my judgment.

10        Q.    There's a judgment against you in the

11   Dominican Republic?

12        A.    No.  I mean, I'm talking about this case.

13              Just to make money so I can pay off all

14   the things I have to pay.

15              You asked me for the reason why I did

16   this.  To speculate on real estate and make money.

17        Q.    Okay.

18              Now, did you purchase real estate in the

19   Dominican Republic with any portion of this money?

20        A.    No.

21        Q.    What did you use this money for?

22        A.    This money was given to a company who was

23   supposed to make purchases of real estate.

24        Q.    Yes?

25        A.    But it didn't work out.  And right now I

1                          Joseph Berov

2    am in court with them to get my money back.

3          Q.    And how much money is at issue in

4    this -- how much money did you give to them in total?

5          A.    $2.1 million.

6          Q.    And when, over what period of time, was

7    the $2.1 million transferred to this, we'll call it,

8    Dominican Republic investment company?

9          A.    I can't answer that question.  It was

10   probably --

11         Q.    When did it begin?

12         A.    I don't know.  I have to look at the

13   records.

14         Q.    What kind of records would you look at?

15         A.    The same bank statements I think that you

16   have.  The ones I provided to you.

17         Q.    Do you have a contract with this

18   Dominican Republic company?

19         A.    Yes.

20         Q.    I know there is a Spanish document in

21   there.  Is that the contract?

22         A.    That's exactly all the paperwork that I

23   have.

24         Q.    Do you have receipts for funds

25   transferred to that company?

1                          Joseph Berov

2          A.    All the documents that I have, they were

3     provided to you.

4          Q.    Is there an attorney representing you in

5     the Dominican Republic?

6          A.    Yes.

7          Q.    And what is his name?

8          A.    Guzman Arisa.

9                It's also -- his information is in the

10    file.

11         Q.    Yeah, I think I've seen his name.

12               (Pause.)

13         Q.    What did your contract with the Dominican

14    Republic company provide?

15               What were you to give to them and what

16    were they going to give to you?

17         A.    I was going to give them $2 million.

18         Q.    Right.

19         A.    With this money, they were supposed to

20    purchase real estate.

21         Q.    And what happened?

22         A.    Like I said, I think they just stole my

23    money.

24         Q.    Is there any property in the Dominican

25    Republic in your name?

1                          Joseph Berov

2          A.    No.

3          Q.    Are there any bank accounts in the

4    Dominican Republic in your name?

5          A.    No.

6          Q.    When was the lawsuit filed?

7          A.    You have to look at that papers.

8          Q.    Approximately.  It's in Spanish and I

9    can't tell, quite frankly.

10         A.    Yes, but the dates are in --

11               (Inaudible.)

12         Q.    It is my recollection when you testified

13   during the trial that you owned real estate.

14               Was that because you believed that to be

15   the case at the time?

16         A.    That's right.

17         Q.    When did you learn of the problem with

18   this Dominican Republic investment company?

19               Putting it in context, that our trial was

20   towards the beginning of June of 2007.

21         A.    I'm sorry, I lost you.  Can you repeat

22   this?  Cause I --

23         Q.    Our trial was in June 2007.  At that

24   time --

25         A.    Well, let me -- I'm really not very good

1                        Joseph Berov

2      with dates right now.

3                Say it again.  Trial was?

4        Q.     Trial was in June 2007.

5        A.     June 2007.

6                Okay.

7        Q.     At that time you testified that you owned

8      real estate in the Dominican Republic and planned on

9      retiring there.

10       A.     Right.

11       Q.     When did you first learn there was a

12     problem in the Dominican Republic?

13       A.     After few months that, you know, I didn't

14     get any response from the company regarding my

15     investment.

16       Q.     Do you have communications with the

17     company regarding this investment?

18       A.     Only my attorneys do.

19       Q.     How did you communicate with them?  By

20     e-mail?

21       A.     No.

22                Originally it was by personally.

23       Q.     Do they speak English, these investment

24     company people?

25       A.     They do.

1                          Joseph Berov

2          Q.    Do you speak Spanish?

3          A.    No, I don't.

4          Q.    Okay.

5          A.    I understand, I understand actually

6     enough to be able to, you know, communicate with

7     people, but I don't speak.

8                I understand much more than I can say.

9          Q.    So, has a lawsuit, then, been filed in

10    the Dominican Republic against these people?

11         A.    Yes.

12         Q.    Has there been an effort to attach any

13    bank accounts or anything like that?

14         A.    It's -- we in the process of doing that.

15         Q.    Was specific real estate identified that

16    you would become the owner of?

17         A.    No.  There were -- (pause.)

18               There were, there were multiple real

19    estates that they showed me, and really depending on

20    negotiations and I just ID what I really liked, and

21    that's what they were supposed to do.

22               But it could vary depending on, on how

23    negotiations would go.

24         Q.    Was the intention that you would become

25    the owner of the property yourself?

1                          Joseph Berov

2          A.    Yes.

3          Q.    When you sent them two -- how much money

4    did you send them in total?

5          A.    2.1.

6          Q.    $2.1 million?

7          A.    Yes.

8          Q.    What did you think you were --

9                (Pause.)

10         Q.    Did you receive any assurances that this

11   money would be handled properly?

12         A.    At that time --

13               MR. RICHARDS:   Objection.

14         Q.    Go ahead.

15         A.    At that time, I believe so.

16         Q.    And what were you led to understand?

17         A.    They looked like respectable firm that's

18   been in business for a while.

19               I, you know, look into their references,

20   spoke with some people there, something like --

21         Q.    Who did you speak with?

22         A.    Locals.

23         Q.    Who?  I'm asking for names.

24         A.    I can't remember the names now.

25         Q.    Do you have any records from which you

Joseph Berov

1    could find the names?

2        A.    No, no, no.

3               The way it goes is, you go around the

4    town and you ask people, like do you know this

5    company?  Have they been around?

6               I can't remember those names.

7               I spoke with my attorney who's actually

8    probably the most --

9        Q.    Mr. Guzman?

10       A.    Yeah.

11              -- authority.  And when we did all the

12   paperwork he was supposed to be charge of assuring me

13   that nothing could be wrong.

14       Q.    Do you think Mr. Guzman deceived you?

15       A.    I don't think so.

16       Q.    But he is still representing you; is that

17   correct?

18       A.    Yes.

19       Q.    Was there a lawyer representing this real

20   estate investment company?

21       A.    I believe so.

22       Q.    Do you --

23       A.    But again, this is -- Guzman, he only can

24   answer that question.

1                          Joseph Berov

2          Q.    When you sent the money down, where did

3    it go?

4                 Did you wire transfer it to an account?

5                 How was the money transferred?

6          A.    It went to the Guzman, my attorney's,

7    account.

8          Q.    And what did your attorney then do with

9    the money?

10         A.    He delivered to the company.

11         Q.    And what did he get when he delivered the

12   money?  Anything?

13         A.    You have it.  It's a contract.

14         Q.    That's all, that's what he got?

15         A.    (Indicating affirmatively.)

16         Q.    He delivered --

17         A.    Right.

18         Q.    He delivered $2.1 million and he got a

19   contract?

20         A.    Right.

21         Q.    Is that right?  And that's it?

22         A.    That's right.

23         Q.    This is the truth?

24         A.    Yes.

25         Q.    Is there a police investigation going on

Joseph Berov

1

2  regarding this theft of your money?

3      A.    I don't think so.  I think it's going to

4  the courts.

5      Q.    What are the names of the individuals at

6  this investment company that you spoke with?

7      A.    One second.

8            (Witness referring to document.)

9      A.    Fiordaliza.

10     Q.    Is that a --

11     A.    It's on your -- yes.  On what I gave to

12  you.

13     Q.    Could I just look at the document you

14  have in front of you?

15     A.    That's exactly the same which you have.

16  (Handing to Mr. Shapiro.)

17     Q.    Have you sought legal advice from anyone

18  other than Mr. Guzman regarding this problem?

19     A.    No.

20     Q.    In the Dominican Republic?

21     A.    No.

22     Q.    So, there's a lawsuit that's been filed;

23  is that correct?

24     A.    That's correct.

25     Q.    When was the lawsuit filed?

1                              Joseph Berov

2        A.    I would have to look at the records.

3              (Witness referring to document.)

4        A.    I believe it was in 30th of April.

5        Q.    Just two months ago?

6        A.    That's true.

7        Q.    When did you first learn there was a

8   problem?

9        A.    Probably three months before we filed the

10  suit, two months before we filed the suit.

11       Q.    What was the information that you

12  received that led you to think there might be a

13  problem?

14       A.    No communication.

15       Q.    From whom?

16       A.    From this person that I dealt with.

17       Q.    Were you dealing with him directly or --

18       A.    Her.  It's a woman.

19       Q.    Oh.

20       A.    Yes.

21       Q.    Were you dealing with her directly or was

22  your attorney dealing with her, or both?

23       A.    First I met her and then my attorney

24  dealt with her.

25       Q.    So, did your attorney think there was a

1                          Joseph Berov

2    problem?

3         A.    Yes.

4         Q.    When did he first think there was a

5    problem?

6         A.    Like I said.

7         Q.    Three months --

8         A.    Few months before we filed the suit.

9               (Pause.)

10        Q.    When you gave them $2.1 million, what did

11   you believe you were receiving in exchange for your

12   money?

13        A.    My attorney told me that we'll be getting

14   a real estate purchased with this money.

15        Q.    But he turned the money over without

16   getting a deed to any property?

17              Is that accurate?

18        A.    I guess so, yes.

19        Q.    Do you have records of the transfer of

20   this money to the Dominican Republic?

21        A.    I do and you do.  It's in the bank

22   records that I gave you.

23        Q.    When was this money transferred?

24        A.    I don't remember.  We got to look at the

25   records.

1                    Joseph Berov

2         Q.    Was this from the 3052 account?

3         A.    Yes.

4         Q.    I notice there is one month when there

5    are transfers of 100, $200,000.

6         A.    It's collectively close to the 2.1.

7         Q.    Why is it that there were separate

8    payments made and not just one payment of $2 million?

9         A.    Because we couldn't figure out how much

10   the properties should be worth, so it was just

11   accumulation of different properties that were

12   supposed to be bought.

13        Q.    Does your attorney have correspondence or

14   communications of any kind with this investment

15   company?

16        A.    I have to ask him.

17        Q.    Did you have any written communication of

18   any form regarding this transaction?

19             And by written, I mean either by letter

20   or e-mail, or any communication that's documented.

21        A.    With whom?

22        Q.    First, with your attorney?

23        A.    I came, every time I wanted to see, in my

24   company's office, and we spoke in his office.

25        Q.    And what about the investment company?

Joseph Berov

1

2      A.     He was supposed to communicate with them,

3   I think.

4            I trusted him.

5      Q.     I must say, I find -- you're a man who

6   has been buying and selling real estate, and every

7   other closing that we have seen, at the time of the

8   closing, you get a deed to property.

9            Why did you not do that in this

10  circumstance?

11           MR. RICHARDS:  Objection.

12     Q.     Was there a reason why you did not do

13  that in this circumstance?

14     A.     I totally relied on the advice of my

15  attorney.

16           He's a reputable attorney.  And he told

17  me we're not going to have any problems collecting

18  money from these people if there's anything like this

19  comes up.

20           So, I hope to get this money back from

21  them, with an interest.

22     Q.     Have they appeared in this lawsuit?

23           MR. RICHARDS:  Objection.

24     A.     I don't --

25           MR. RICHARDS:  Appeared, what do you mean

1                       Joseph Berov

2        appeared?

3               You mean have they put an answer in?

4        Have they put an appearance in?

5               MR. SHAPIRO:  I am just trying to find

6        out what --

7               (Pause.)

8        Q.     Have they responded to the lawsuit?

9               MR. RICHARDS:  Okay.  You can answer.

10       A.     I don't know.

11              Like I said, my attorney handles this

12   matter.

13              He tells me not to worry.  And he is in

14   control of it.

15              So, I don't know.

16              Things in Dominican Republic are much

17   different than here, so it's very hard for me to use

18   my judgment that I have here and my knowledge in

19   Dominican Republic, except that I know that real

20   estate is supposed to be good there.

21              That's all.

22              But legal matters, I made the decision to

23   let my attorney handle, just like at one point I let

24   you handle my legal matters.

25              Remember?

**SCHEDULE E**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

**Supplemental Income and Loss**
(From rental real estate, royalties, partnerships,
S corporations, estates, trusts, REMICs, etc)
► **Attach to Form 1040, 1040NR, or Form 1041.**
► **See Instructions for Schedule E (Form 1040).**

OMB No. 1545-0074

**2007**

Attachment
Sequence No. **13**

Name(s) shown on return
JOSEPH BEROV

Your social security number

**Part I** **Income or Loss From Rental Real Estate and Royalties**  Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

| 1 | List the type and location of each **rental real estate property:** | | **2** For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of: ● 14 days, or ● 10% of the total days rented at fair rental value? (See instructions.) | | Yes | No |
|---|---|---|---|---|---|---|
| A | COMMERCIAL BUILDING (HELD IN LLC) 3052 WEST 21ST STREET, BROOKLYN, NY | | | A | | X |
| B | 2706 W 16TH STREET (HELD IN LLC) 2706 W 16TH STREET LAND | | | B | | X |
| C | AQUACULTURE CENTER FL (HELD IN LLC) 59300 OVERSEAS HIGHWAY MARATHON FL | | | C | | X |

| | Income: | | Properties | | | Totals |
|---|---|---|---|---|---|---|
| | | | A | B | C | (Add columns A, B, and C.) |
| 3 | Rents received | 3 | 720,000. | 10,500. | 90,000. | 3 | 820,500. |
| 4 | Royalties received | 4 | | | | 4 | |
| | **Expenses:** | | | | | | |
| 5 | Advertising | 5 | | 350. | | | |
| 6 | Auto and travel (see instructions) | 6 | 360. | | 3,111. | | |
| 7 | Cleaning and maintenance | 7 | | 3,687. | 8,554. | | |
| 8 | Commissions | 8 | | | | | |
| 9 | Insurance | 9 | | | 4,960. | | |
| 10 | Legal and other professional fees | 10 | | | | | |
| 11 | Management fees | 11 | | | | | |
| 12 | Mortgage interest paid to banks, etc (see instructions) | 12 | 560,000. | | 91,264. | 12 | 651,264. |
| 13 | Other interest | 13 | | | | | |
| 14 | Repairs | 14 | | | 3,455. | | |
| 15 | Supplies | 15 | | | 860. | | |
| 16 | Taxes | 16 | | 7,544. | | | |
| 17 | Utilities | 17 | | | | | |
| 18 | Other (list) ► AMORTIZATION PAINTING AND DECORATING PEST CONTROL PLUMBING AND ELECTRICAL | 18 | 6,822. | | 2,455. 450. 2,440. | | |
| 19 | Add lines 5 through 18 | 19 | 567,182. | 11,581. | 117,549. | 19 | 696,312. |
| 20 | Depreciation expense or depletion (see instructions) | 20 | 37,332. | | 13,266. | 20 | 50,598. |
| 21 | Total expenses. Add lines 19 and 20 | 21 | 604,514. | 11,581. | 130,815. | | |
| 22 | Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file **Form 6198** | 22 | 115,486. | −1,081. | −40,815. | | |
| 23 | Deductible rental real estate loss. **Caution.** Your rental real estate loss on line 22 may be limited. See instructions to find out if you must file **Form 8582.** Real estate professionals must complete line 43 on page 2 | 23 | | −1,081. | −40,815. | | |
| 24 | **Income.** Add positive amounts shown on line 22. **Do not** include any losses | | | | | 24 | 115,486. |
| 25 | **Losses.** Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25 | −41,896. |
| 26 | Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | | | | 26 | 73,590. |

**BAA For Paperwork Reduction Act Notice, see instructions.**   FDIZ2301L   11/07/07                                          Schedule **E** (Form 1040) 2007

| SCHEDULE A | Itemized Deductions | OMB No. 1545-0074 |
|---|---|---|

**SCHEDULE A** (Form 1040)

Department of the Treasury
Internal Revenue Service

**Itemized Deductions**

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

**2007**

Attachment Sequence No. **07**

Name(s) shown on Form 1040

JOSEPH BEROV

Your social security number

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution.** Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | | |
| | 2 | Enter amount from Form 1040, line 38. . . . . . | 2 | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | 0. |
| **Taxes You Paid** | 5 | State and local (check only one box): | | | |
| | a | ☐ Income taxes, **or** | 5 | 765. | |
| | b | ☒ General sales taxes. | | | |
| | 6 | Real estate taxes (see instructions) | 6 | 12,564. | |
| (See instructions.) | 7 | Personal property taxes | 7 | | |
| | 8 | Other taxes. List type and amount ► _ _ _ _ _ _ _ _ _ | 8 | | |
| | 9 | Add lines 5 through 8 | | 9 | 13,329. |
| **Interest You Paid** | 10 | Home mtg interest and points reported to you on Form 1098 | 10 | 83,649. | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | | | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 11 | | |
| **Note.** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12 | | |
| | 13 | Qualified mortgage insurance premiums (see instructions) | 13 | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instrs.) | 14 | | |
| | 15 | Add lines 10 through 14 | | 15 | 83,649. |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instrs | 16 | | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500. | 17 | | |
| | 18 | Carryover from prior year | 18 | | |
| | 19 | Add lines 16 through 18 | | 19 | 0. |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 20 | 0. |
| | 21 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► _ _ _ _ _ _ _ _ _ | 21 | | |
| | 22 | Tax preparation fees | 22 | | |
| (See instructions.) | 23 | Other expenses — investment, safe deposit box, etc. List type and amount ► _ _ _ _ _ _ _ _ _ | 23 | | |
| | 24 | Add lines 21 through 23 | 24 | | |
| | 25 | Enter amount from Form 1040, line 38. . . . . . | 25 | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | 27 | 0. |
| **Other Miscellaneous Deductions** | 28 | Other — from list in the instructions. List type and amount ► _ _ _ _ _ _ _ _ _ | | 28 | 0. |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $156,400 (over $78,200 if married filing separately)? | | | |
| | | ☒ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. ► | | 29 | 96,978. |
| | | ☐ **Yes.** Your deduction may be limited. See instructions for the amount to enter. | | | |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► ☐ | | | |

**BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.**          FDIA0301L  11/07/07          Schedule A (Form 1040) 2007

| SCHEDULE E | | | **Supplemental Income and Loss** | OMB No. 1545-0074 |
|---|---|---|---|---|
| **(Form 1040)** | | | (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc) ► Attach to Form 1040, 1040NR, or Form 1041. | **2007** |
| Department of the Treasury Internal Revenue Service | | | ► See Instructions for Schedule E (Form 1040). | Attachment Sequence No. **13** |

| Name(s) shown on return | Your social security number |
|---|---|
| JOSEPH BEROV | |

**Part I   Income or Loss From Rental Real Estate and Royalties**   Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

| 1 | List the type and location of each **rental real estate property:** | | **2** For each real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of: • 14 days, or • 10% of the total days rented at fair rental value? (See instructions.) | | Yes | No |
|---|---|---|---|---|---|---|
| A | COMMERCIAL BUILDING (HELD IN LLC) 3052 WEST 21ST STRET, BROOKLYN, NY | | A | | | X |
| B | 2706 W 16TH STREET (HELD IN LLC) 2706 W 16TH STREET LAND | | B | | | X |
| C | AQUACULTURE CENTER FL (HELD IN LLC) 59300 OVERSEAS HIGHWAY MARATHON FL | | C | | | X |

| Income: | | | Properties | | | Totals (Add columns A, B, and C.) | |
|---|---|---|---|---|---|---|---|
| | | | A | B | C | | |
| 3 | Rents received | 3 | 720,000. | 10,500. | 90,000. | 3 | 820,500. |
| 4 | Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | | |
| 5 | Advertising | 5 | | 350. | | | |
| 6 | Auto and travel (see instructions) | 6 | 360. | | 3,111. | | |
| 7 | Cleaning and maintenance | 7 | | 3,687. | 8,554. | | |
| 8 | Commissions | 8 | | | | | |
| 9 | Insurance | 9 | | | 4,960. | | |
| 10 | Legal and other professional fees | 10 | | | | | |
| 11 | Management fees | 11 | | | | | |
| 12 | Mortgage interest paid to banks, etc (see instructions) | 12 | 560,000. | | 91,264. | 12 | 651,264. |
| 13 | Other interest | 13 | | | | | |
| 14 | Repairs | 14 | | | 3,455. | | |
| 15 | Supplies | 15 | | | 860. | | |
| 16 | Taxes | 16 | | 7,544. | | | |
| 17 | Utilities | 17 | | | | | |
| 18 | Other (list) ► AMORTIZATION PAINTING AND DECORATING PEST CONTROL PLUMBING AND ELECTRICAL | 18 | 6,822. | | 2,455. 450. 2,440. | | |
| 19 | Add lines 5 through 18 | 19 | 567,182. | 11,581. | 117,549. | 19 | 696,312. |
| 20 | Depreciation expense or depletion (see instructions) | 20 | 37,332. | | 13,266. | 20 | 50,598. |
| 21 | Total expenses. Add lines 19 and 20 | 21 | 604,514. | 11,581. | 130,815. | | |
| 22 | Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file Form 6198 | 22 | 115,486. | -1,081. | -40,815. | | |
| 23 | Deductible rental real estate loss. Caution. Your rental real estate loss on line 22 may be limited. See instructions to find out if you must file **Form 8582.** Real estate professionals must complete line 43 on page 2 | 23 | | -1,081. | -40,815. | | |
| 24 | **Income.** Add positive amounts shown on line 22. **Do not** include any losses | | | | | 24 | 115,486. |
| 25 | **Losses.** Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25 | -41,896. |
| 26 | **Total** rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | | | | 26 | 73,590. |

BAA  For Paperwork Reduction Act Notice, see instructions.      FDIZ2301L  11/07/07                    Schedule E (Form 1040) 2007

OMB No. 1545-0074

Form **8879**

Department of the Treasury
Internal Revenue Service

### IRS e-file Signature Authorization

► Do not send to the IRS. This is not a tax return.
► Keep this form for your records. See instructions.

**2007**

Declaration Control Number (DCN)   ►   00-117754-09553-8

| Taxpayer's name | Social security number |
|---|---|
| JOSEPH BEROV | ▮ |
| Spouse's name | Spouse's social security number |

**Part I** **Tax Return Information – Tax Year Ending December 31, 2007** (Whole Dollars Only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | **1** | 47,486. |
| 2 | Total tax (Form 1040, line 63; Form 1040A, line 37; Form 1040EZ, line 10) | **2** | |
| 3 | Federal income tax withheld (Form 1040, line 64; Form 1040A, line 38; Form 1040EZ, line 7) | **3** | |
| 4 | Refund (Form 1040, line 74a; Form 1040A, line 44a; Form 1040EZ, line 11a; Form 1040-SS, Part I, line 12a) | **4** | |
| 5 | Amount you owe (Form 1040, line 76; Form 1040A, line 46; Form 1040EZ, line 12) | **5** | |

**Part II** **Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)**

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2007, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** an indication of any refund offset, **(c)** the reason for any delay in processing the return or refund, and **(d)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize   JOHN J. VENTO, CPA, P.C.   to enter or generate my PIN   65626
                                  ERO firm name                                                              do not enter all zeros

as my signature on my tax year 2007 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2007 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return or request is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature   ►   _____   Date ►   _____

**Spouse's PIN: check one box only**

[ ] I authorize   _____   to enter or generate my PIN   _____
                                  ERO firm name                                                              do not enter all zeros

as my signature on my tax year 2007 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2007 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return or request is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature   ►   _____   Date ►   _____

### Practitioner PIN Method Returns Only — continue below

**Part III** **Certification and Authentication — Practitioner PIN Method Only**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN   11775412345
                                                                                                do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2007 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Publication 1345,** Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature   ►   JOHN J. VENTO, CPA, MBA, CFP(R)   Date ►   _____

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

BAA **For Privacy Act and Paperwork Reduction Act Notice, see instructions.**   Form **8879** (2007)

FDIA1701L   12/18/07

Form **1040**

Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return** **2007**

IRS Use Only — Do not write or staple in this space.

OMB No. 1545-0074

| **Label** (See instructions.) | For the year Jan 1 – Dec 31, 2007, or other tax year beginning , 2007, ending , 20 | |
|---|---|---|
| | Your first name MI Last name | Your social security number |
| | JOSEPH BEROV | |
| **Use the IRS label.** | If a joint return, spouse's first name MI Last name | Spouse's social security number |
| Otherwise, please print or type. | Home address (number and street). If you have a P.O. box, see instructions. Apartment no. | You **must** enter your social security number(s) above. ▲ |
| | 177 KENSINGTON STREET | |
| | City, town or post office. If you have a foreign address, see instructions. State ZIP code | |
| | BROOKLYN, NY 11235 | Checking a box below will not change your tax or refund. |

**Presidential Election Campaign**
► Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) . . . . . . . . . . . . . . . ►  ☐ You  ☐ Spouse

**Filing Status**

Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here . . . ►
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . . . . . . . .
b ☐ **Spouse** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b . . . **1**

| c Dependents: | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| (1) First name Last name | | | |
| | | | |
| | | | |
| | | | |
| | | | |

No. of children on 6c who:
• lived with you . . . .
• did not live with you due to divorce or separation (see instrs) .

Dependents on 6c not entered above .

If more than four dependents, see instructions.

Add numbers on lines above . . . . ► **1**

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| 8a | **Taxable interest.** Attach Schedule B if required . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8a | 6,748. |
| b | Tax-exempt interest. **Do not** include on line 8a . . . . . . . . . . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9a | 30,655. |
| b | Qualified dividends (see instrs) . . . . . . . . . . . . . . . . . . . . . . . . . | 9b | 60. | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here . . . . . . . . . . . . . . . . . . . . . ► ☐ | 13 | −3,000. |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . . . . . . . . . . | 15a | | b Taxable amount (see instrs) . . | 15b | |
| 16a | Pensions and annuities . . . . . . | 16a | | b Taxable amount (see instrs) . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . | 17 | 69,390. |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits . . . . . | 20a | | b Taxable amount (see instrs) . . | 20b | |
| 21 | Other income NET OPERATING LOSS CARRYOVER | 21 | −56,307. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 47,486. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see instructions) . . . . . . . . . . . . . . . . . . . . . | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . . . . . . . . . . . . . | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . . . . . . . . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . . . . . . . . . . . . | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE . . . . . . | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . | 28 | |
| 29 | Self-employed health insurance deduction (see instructions) . . . . . . . . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . . . . . . . . . . . . . | 30 | |
| 31a | Alimony paid b Recipient's SSN . . . . ► | 31a | |
| 32 | IRA deduction (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | 32 | |
| 33 | Student loan interest deduction (see instructions) . . . . . . . . . . | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 . . . . . . . . . . . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 . . . . . . . . . . | 35 | |
| 36 | Add lines 23 – 31a and 32 – 35 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | 0. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . . . . . . . ► | 37 | 47,486. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**  FDIA0112L  12/06/07  Form **1040** (2007)

Form **1040** (2007)    JOSEPH BEROV                                              Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38  Amount from line 37 (adjusted gross income) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **38** | 47,486. |

**Standard Deduction for —**
• People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions.

• All others:

Single or Married filing separately, $5,350

Married filing jointly or Qualifying widow(er), $10,700

Head of household, $7,850

| | | | |
|---|---|---|---|
| 39a Check { You were born before January 2, 1943, ☐ Blind. **Total boxes** if: { Spouse was born before January 2, 1943, ☐ Blind. **checked ▶** | | **39a** | |
| **b** If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here. **▶ 39 b** | | | |
| 40  Itemized deductions (from Schedule A) or your standard deduction (see left margin) . . . . . . . . . . . . . . . . . . . | | **40** | 98,141. |
| 41  Subtract line 40 from line 38 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **41** | −50,655. |
| 42  If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the instructions . . . . . . . . . . . . . . . . . . . . | | **42** | 3,400. |
| 43  Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **43** | 0. |
| 44  **Tax** (see instrs). Check if any tax is from:  **a** ☐ Form(s) 8814   **b** ☐ Form 4972   **c** ☐ Form(s) 8889 . . . . . . . . . . . . . . . . . . . . | | **44** | 0. |
| 45  **Alternative minimum tax** (see instructions). Attach Form 6251 . . . . . . . . . . . . . . . . . | | **45** | 0. |
| 46  Add lines 44 and 45 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **▶** | | **46** | 0. |
| 47  Credit for child and dependent care expenses. Attach Form 2441 . . . . . | **47** | | |
| 48  Credit for the elderly or the disabled. Attach Schedule R . . . . . | **48** | | |
| 49  Education credits. Attach Form 8863 . . . . . . . . . . . . . . . | **49** | | |
| 50  Residential energy credits. Attach Form 5695 . . . . . . . . . . . | **50** | | |
| 51  Foreign tax credit. Attach Form 1116 if required . . . . . . . . . . | **51** | | |
| 52  Child tax credit (see instructions). Attach Form 8901 if required . . . . . . . . . | **52** | | |
| 53  Retirement savings contributions credit. Attach Form 8880 . . . | **53** | | |
| 54  Credits from:  **a** ☐ Form 8396  **b** ☐ Form 8859  **c** ☐ Form 8839 . . | **54** | | |
| 55  Other credits:  **a** ☐ Form 3800  **b** ☐ Form 8801  **c** ☐ Form | **55** | | |
| 56  Add lines 47 through 55. These are your **total credits** . . . . . . . . . . . . . . . . . . . . . . . . | | **56** | |
| 57  Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- . . . . . . . . . . . . . **▶** | | **57** | 0. |

| | | | |
|---|---|---|---|
| **Other Taxes** | 58  Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **58** | |
| | 59  Unreported social security and Medicare tax from:  **a** ☐ Form 4137  **b** ☐ Form 8919 . . . . . | **59** | |
| | 60  Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . . . . . . . . . . . . . . . | **60** | |
| | 61  Advance earned income credit payments from Form(s) W-2, box 9 . . . . . . . . . . . . . . . . . . . | **61** | |
| | 62  Household employment taxes. Attach Schedule H . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **62** | |
| | 63  Add lines 57-62. This is your **total tax** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **▶** | **63** | 0. |

| | | | |
|---|---|---|---|
| **Payments** | 64  Federal income tax withheld from Forms W-2 and 1099 . . . . . . | **64** | |
| If you have a qualifying child, attach Schedule EIC. | 65  2007 estimated tax payments and amount applied from 2006 return . . . . . . | **65** | |
| | 66a **Earned income credit (EIC)** . . . . . . . . . . . . . . . . . . . . . | **66a** | |
| | **b** Nontaxable combat pay election . . . . . **▶ 66b** | | |
| | 67  Excess social security and tier 1 RRTA tax withheld (see instructions) . . . . . . | **67** | |
| | 68  Additional child tax credit. Attach Form 8812 . . . . . . . . . . . . . . | **68** | |
| | 69  Amount paid with request for extension to file (see instructions) . . . . . . . . . . | **69** | |
| | 70  Payments from:  **a** ☐ Form 2439  **b** ☐ Form 4136  **c** ☐ Form 8885 | **70** | |
| | 71  Refundable credit for prior year minimum tax from Form 8801, line 27 . . . . . . | **71** | |
| | 72  Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** . . . . . . . . . . . . . . . . . . . . . . **▶** | **72** | 0. |

| | | | |
|---|---|---|---|
| **Refund** | 73  If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** . . . . . . . . . . . | **73** | |
| Direct deposit? See instructions and fill in 74b, 74c, and 74d or Form 8888. | 74a Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here . . **▶** | **74a** | |
| | **▶ b** Routing number . . . . . . . .   **▶ c** Type: ☐ Checking ☐ Savings | | |
| | **▶ d** Account number . . . . . . . | | |
| | 75  Amount of line 73 you want applied to your 2008 estimated tax . . . . . . . **▶** | **75** | |

| | | | |
|---|---|---|---|
| **Amount You Owe** | 76  **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see instructions . . . . . . . . . . . . . . . **▶** | **76** | 0. |
| | 77  Estimated tax penalty (see instructions) . . . . . . . . . . . . . . . . . . . | **77** | |

| | | | |
|---|---|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? . . . . . . . . . [X] **Yes.** Complete the following.   ☐ **No** | | |
| | Designee's name **▶** PREPARER | Phone no. **▶** | Personal identification number (PIN) **▶** |

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| Your signature **▶** | Date | Your occupation MANAGER | Daytime phone number |
| Spouse's signature. If a joint return, **both** must sign. **▶** | Date | Spouse's occupation | |

| | | | |
|---|---|---|---|
| **Paid Preparer's Use Only** | Preparer's signature **▶** JOHN J. VENTO, CPA, MBA, CFP(R) | Date 4/07/08 | Check if self-employed ☐ | Preparer's SSN or PTIN P00309873 |
| | Firm's name (or yours if self-employed), address, and ZIP code **▶** JOHN J. VENTO, CPA, P.C. 95 NEW DORP LANE STATEN ISLAND, NY 10306-2324 | | EIN 20-5716932 Phone no. 718-980-9000 |

FDIA0112L  12/06/07                                                    Form **1040** (2007)

| SCHEDULE A | | Itemized Deductions | | | OMB No. 1545-0074 |
|---|---|---|---|---|---|
| **(Form 1040)** | | | | | **2007** |

Department of the Treasury
Internal Revenue Service

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

Attachment
Sequence No. **07**

Name(s) shown on Form 1040

JOSEPH BEROV

Your social security number

| Medical and Dental Expenses | | Caution. Do not include expenses reimbursed or paid by others. | | | | |
|---|---|---|---|---|---|---|
| | 1 | Medical and dental expenses (see instructions) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 38 . . . . . . | **2** | | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0. |
| **Taxes You Paid** | 5 | State and local **(check only one box):** | | | | |
| | a | ☐ Income taxes, **or** | 5 | 686. | | |
| | b | ☒ General sales taxes. | | | | |
| | 6 | Real estate taxes (see instructions) | 6 | 13,806. | | |
| (See instructions.) | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ► _ _ _ _ _ _ _ _ _ _ | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 14,492. |
| **Interest You Paid** | 10 | Home mtg interest and points reported to you on Form 1098 | 10 | 83,649. | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | | | | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 11 | | | |
| **Note.** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12 | | | |
| | 13 | Qualified mortgage insurance premiums (see instructions) | 13 | | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instrs.) | 14 | | | |
| | 15 | Add lines 10 through 14 | | | 15 | 83,649. |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instrs | 16 | | | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500. | 17 | | | |
| | 18 | Carryover from prior year | 18 | | | |
| | 19 | Add lines 16 through 18 | | | 19 | 0. |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 20 | 0. |
| | 21 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► _ _ _ _ _ _ _ _ _ _ | 21 | | | |
| | 22 | Tax preparation fees | 22 | | | |
| (See instructions.) | 23 | Other expenses — investment, safe deposit box, etc. List type and amount ► _ _ _ _ _ _ _ _ _ _ | 23 | | | |
| | 24 | Add lines 21 through 23 | 24 | | | |
| | 25 | Enter amount from Form 1040, line 38 . . . . . . | **25** | | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | | 27 | 0. |
| **Other Miscellaneous Deductions** | 28 | Other — from list in the instructions. List type and amount ► _ _ _ _ _ _ _ _ _ _ | | | 28 | 0. |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $156,400 (over $78,200 if married filing separately)? | | | | |
| | | ☒ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. | | ► | 29 | 98,141. |
| | | ☐ **Yes.** Your deduction may be limited. See instructions for the amount to enter. | | | | |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► | | | | |

**BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.**

FDIA0301L  11/07/07

Schedule A (Form 1040) 2007

Schedule B (Form 1040) 2007

| | OMB No. 1545-0074 | Page **2** |

Name(s) shown on Form 1040.

Your social security number

JOSEPH BEROV

## Schedule B — Interest and Ordinary Dividends

Attachment Sequence No. **08**

| | | | Amount | |
|---|---|---|---|---|
| **Part I**<br>**Interest**<br><br>(See instructions for Form 1040, line 8a.) | 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ............................... ▶ | | |
| | | CHASE | 14. | |
| | | CHASE | 5,503. | |
| | | CHASE (LLC 20-6014954) | 1,231. | |
| **Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form. | | | **1** | |
| | 2 | Add the amounts on line 1 ...................................................... | **2** | 6,748. |
| | 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 ........................................................... | **3** | |
| | 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ............... ▶ | **4** | 6,748. |
| | | **Note.** If line 4 is over $1,500, you must complete Part III. | Amount | |
| **Part II**<br>**Ordinary**<br>**Dividends**<br><br>(See instructions for Form 1040, line 9a.) | 5 | List name of payer ... ▶ | | |
| | | FIDELITY INVESTMENTS | 60. | |
| | | JPMORGAN CHASE (LLC 20-6014954) | 30,595. | |
| **Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form. | | | **5** | |
| | 6 | Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ............... ▶ | **6** | 30,655. |
| | | **Note.** If line 6 is over $1,500, you must complete Part III. | | |

| | | | Yes | No |
|---|---|---|---|---|
| **Part III**<br>**Foreign Accounts and Trusts**<br><br>(See instructions.) | | You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; or **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | | |
| | 7a | At any time during 2007, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 .................................... | X | |
| | b | If 'Yes,' enter the name of the foreign country.. ▶ RUSSIA | | |
| | 8 | During 2007, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions ........................................ | | X |

BAA   For Paperwork Reduction Act Notice, see Form 1040 instructions.          FDIA0401L  06/11/07          Schedule B (Form 1040) 2007

**SCHEDULE D**
(Form 1040)

Department of the Treasury
Internal Revenue Service

**Capital Gains and Losses**

► Attach to Form 1040 or Form 1040NR.  ► See Instructions for Schedule D (Form 1040).
► Use Schedule D-1 to list additional transactions for lines 1 and 8.

OMB No. 1545-0074

**2007**

Attachment
Sequence No. **12**

Name(s) shown on return

JOSEPH BEROV

Your social security number

## Part I   Short-Term Capital Gains and Losses — Assets Held One Year or Less

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| **1** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | |
|---|---|---|---|---|
| **2** Enter your short-term totals, if any, from Schedule D-1, line 2 . . . | **2** | | | |
| **3** Total short-term sales price amounts. Add lines 1 and 2 in column (d) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | | | |
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . | | **4** | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . . | | **5** | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 10 of your Capital Loss Carryover Worksheet in the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **6** | |
| **7** Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f) . . . . . . . . . . . . . . . . . . . . . . . . | | **7** | |

## Part II   Long-Term Capital Gains and Losses — Assets Held More Than One Year

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| **8** ARC INTERNATIONAL, I.P., INC. | 4/15/00 | 11/08/07 | 6,463. | 50,000. | −43,537. |
| REAL ESTATE INVESMENT DOMINCAN REPUBLIC | 10/01/06 | 11/15/07 | 0. | 2,175,741. | −2,175,741. |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | |
|---|---|---|---|---|
| **9** Enter your long-term totals, if any, from Schedule D-1, line 9 . . . . | **9** | | | |
| **10** Total long-term sales price amounts. Add lines 8 and 9 in column (d) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | 6,463. | | |
| **11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **11** | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . . | | **12** | |
| **13** Capital gain distributions. See instrs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **13** | |
| **14** Long-term capital loss carryover. Enter the amount, if any, from line 15 of your Capital Loss Carryover Worksheet in the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **14** | |
| **15** Net long-term capital gain or (loss). Combine lines 8 through 14 in column (f). Then go to Part III on page 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **15** | −2,219,278. |

BAA  For Paperwork Reduction Act Notice, see Form 1040 or Form 1040NR instructions.

Schedule **D** (Form 1040) 2007

## Part III   Summary

| | | |
|---|---|---|
| **16** Combine lines 7 and 15 and enter the result ............................................. | **16** | -2,219,278. |

If line 16 is:

- A **gain,** enter the amount from line 16 on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 17 below.
- A **loss,** skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
- **Zero,** skip lines 17 through 21 below and enter -0- on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 22.

**17**  Are lines 15 and 16 **both** gains?

☐ **Yes.** Go to line 18.

☐ **No.** Skip lines 18 through 21, and go to line 22.

| | | |
|---|---|---|
| **18**  Enter the amount, if any, from line 7 of the **28% Rate Gain Worksheet** in the instructions .................. ► | **18** | |

| | | |
|---|---|---|
| **19**  Enter the amount, if any, from line 18 of the **Unrecaptured Section 1250 Gain Worksheet** in the instructions ................................................................... ► | **19** | |

**20**  Are lines 18 and 19 **both** zero or blank?

☐ **Yes.** Complete Form 1040 through line 43, or Form 1040NR through line 40. Then complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040 (or in the Instructions for Form 1040NR). **Do not** complete lines 21 and 22 below.

☐ **No.** Complete Form 1040 through line 43, or Form 1040NR through line 40. Then complete the **Schedule D Tax Worksheet** in the instructions. **Do not** complete lines 21 and 22 below.

**21**  If line 16 is a loss, enter here and on Form 1040, line 13, or Form 1040NR, line 14, the **smaller** of:

| | | |
|---|---|---|
| • The loss on line 16 or  ⎤ ....................................................... | **21** | -3,000. |
| • ($3,000), or if married filing separately, ($1,500)  ⎦ | | |

**Note.** When figuring which amount is smaller, treat both amounts as positive numbers.

**22**  Do you have qualified dividends on Form 1040, line 9b, or Form 1040NR, line 10b?

☐ **Yes.** Complete Form 1040 through line 43, or Form 1040NR through line 40. Then complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040 (or in the Instructions for Form 1040NR).

☐ **No.** Complete the rest of Form 1040 or Form 1040NR.

Schedule **D** (Form 1040) 2007

FDIA0612L   11/07/07