# CIVIL MINUTE ENTRY

DOCKET NUMBER: 02-cv-2363-BMC-JMA

CIVIL CAUSE FOR CIVIL HEARING.

Date Received By Docket Clerk: _____ Docket Clerk Initials: _____

BEFORE JUDGE: Cogan   DATE: 2/21/2012   TIME: _____ IN COURT ___ HRS 30 MINS

DOCKET NUMBER: 02-cv-2363   NAME OF CASE: Close-Up International, Inc v. Berov, et al

APPEARANCES:

FOR PLAINTIFF: Alec Sauchik (for pltf. Close Up International, Inc.)

FOR DEFENDANT: Adam Richards & Bernard V. Kleinman (for deft. Joseph Berov)

CASE MANAGER OR MAGISTRATE CLERICAL: Lewis Hugh.

COURT REPORTER: OR ESR OPERATOR: Marsha Diamond   TAPE LOG _____

INTERPRETER: _____   LANGUAGE: _____

Select the Type of Hearing or Trial   CONTESTED [ ]YES   [ ]NO

[ ]Arbitration Hearing
[ ]Argument on Bankruptcy Appeal
[ ]Attorney Appointment Hearing
[ ]Bench Trial
[ ]Confirmation Hearing
[ ]Contempt Hearing
[ ]Daubert Hearing
[ ]Discovery Hearing
[ ]Docket Call
[ ]Evidentiary Hearing
[ ]Exparte Matter
[ ]Forfeiture Hearing
[X]Other (please specify) Civil Hearing

[ ]Hearing In Aid Of Judgment
[ ]Hearing Out of Jury Presence
[ ]In Camera Hearing
[ ]In Chambers Conference
[ ]Initial Conference Hearing
[ ]Judgment Debtor Exam
[ ]Jury Selection
[ ]Jury Trial
[ ]Pre Motion Conference
[ ]Pretrial Conference
[ ]Final Pretrial Conference
[ ]Initial Pretrial Conference

[ ]Interim Remand Hearing
[ ]Removal Hearing
[ ]Scheduling Conference
[ ]Settlement Conference
[ ]Show Cause Hearing
[ ]Status Conference
[ ]Summary Jury Trial
[ ]Telephone Conference
[ ]Three-Judge Court Hearing
[ ]Voir Dire
[ ]Writ Hearing

Select the action.
[ ]Began   [ ]Held   [ ]Continued   [ ]Completed   [ ]Scheduled for

Date: _____   Time: _____

Do these minutes contain ruling(s) on motion(s)?   [ ]YES   [ ]NO

MOTION[S] TYPE and DOCUMENT NUMBER OF MOTION RULED ON:

_____
_____
_____
_____

## TYPES OF DECISIONS

[ ]Adopting Report & Recommendation as to
[ ]Adopting in Part on Report & Recommendation as to
[ ]Deferring Ruling on
[ ]Denying
[ ]Dismissing
[ ]Entered
[ ]Finding as Moot

[ ]Granting
[ ]Granting In Part and Denying In Part
[ ]Rescinding
[ ]Settling
[ ]Striking
[ ]Submitted
[ ]Sustaining

[ ]Taking Under Advisement
[ ]Temporarily Denying
[ ]Temporarily Granting
[ ]Temporarily Granting In Part and Denying In Part
[ ]Terminating
[ ]Vacating
[ ]Withdrawing

## UTILITIES

[ ]Util - Add and Terminate Attorneys
[ ]Util - Add and Terminate Judges
[ ]Util - Add and Terminate Parties
[ ]Util - Case No Longer Referred to Arbitration
[ ]Util - Case Referred to Arbitration
[ ]Util - Case Referred to Mediation
[ ]Util - Case Reopened
[ ]Util - Case Sealed

[ ]Util - Case Stayed
[ ]Util - Case Unsealed
[ ]Util - Create Case Association
[ ]Util - Document Sealed
[ ]Util - Document Unsealed
[ ]Util - Interpreter Appointed
[ ]Util - Set Deadlines
[ ]Util - Set Deadlines/Hearings

[ ]Util - Set Hearings
[ ]Util - Set Motion and R&R Deadlines/Hearings
[ ]Util - Set Scheduling Order Deadlines
[ ]Util - Set Trial Management Order Deadlines
[ ]Util - Terminate Case Associations
[ ]Util - Terminate Motions

## TEXT

Defendant Joseph Berov continues to be in contempt of court and is obligated to purge himself of this charge. Court will reconvene on May 25, 2012 at 10:30 AM or such earlier time.