## ADAM RICHARDS LLC

90 Broad Street, 25th Floor
New York, New York 10004

t: 212 233 4400   f: 212 812 3328
e: adam@arichardslaw.com

May 24, 2012

**VIA ECF**
The Honorable Brian M. Cogan, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *Close Up et al. v. Joseph Berov et al.*
            **Civil Action No. 02 Civ. 2363**

Dear Judge Cogan:

In light of Your Honor's Order of Release issued earlier today, we respectfully request an Order directing Plaintiffs to immediately return to Mr. Berov all of the documentation and items seized from Mr. Berov pursuant to the late Judge Trager's Amended Order of November 23, 2010.

Respectfully submitted,

Adam Richards