# ADAM RICHARDS LLC

90 Broad Street, 25th Floor
New York, New York 10004

t: 212 233 4400   f: 212 812 3328
e: adam@arichardslaw.com

June 14, 2012

**VIA ECF**
The Honorable Brian M. Cogan, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Close Up et al. v. Joseph Berov et al.*
     **Civil Action No. 02 Civ. 2363**

Dear Judge Cogan:

On May 29, 2012 Your Honor ordered Plaintiff Close-Up International, Inc. ("Close-Up") to respond within 14 days to my request for a turnover of all documentation and items seized from Mr. Berov pursuant to the late Judge Trager's Amended Order of November 23, 2010. That 14 day period has now expired. To date, Close-Up has not responded to my request and all that has been returned to Mr. Berov since my May 24 letter is Mr. Berov's driver's license. Accordingly, we respectfully request that Your Honor endorse this letter and issue an Order directing the immediate return to Mr. Berov of all the documentation and items belonging to Mr. Berov that remain in the possession of Close-Up and/or Close-Up's counsel that were seized pursuant to the Order of the late Judge Trager.

Respectfully submitted,

Adam Richards