**SAUCHIK LAW GROUP**
Attorneys and Counselors at Law

NEW YORK OFFICE:
641 LEXINGTON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 634-6350
FACSIMILE: (212) 634-6351

WWW.KSPCLAW.COM

BROOKLYN OFFICE:
9712 THIRD AVENUE
BROOKLYN, NEW YORK 11209
TELEPHONE: (718) 787-9500
FACSIMILE: (718) 787-9502

ALEC SAUCHIK, ESQ.
ASAUCHIK@KSPCLAW.COM

June 15, 2012

**VIA ECF**

The Honorable Brian M. Cogan, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:    *Close-Up International* et al. *v. Berov* et al.
                      Civil Action No. 02-cv-2363

Dear Judge Cogan:

      This is in response to the letter of Adam Richards of June 14, 2012. There has been a miscommunication between the parties' respective counsel that has now been resolved. We are coordinating the return of Mr. Berov's remaining documents, consisting primarily of his passports.

      Thank you.

                                          Respectfully submitted,

                                          SAUCHIK LAW GROUP, P.C.

                                          /s/ Alec Sauchik
                                          Alec Sauchik (AS-5002)

cc: Adam Richards, Esq. (via ECF)